# EXHIBIT A

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.
**TSDR Maintenance -** Documents may be unavailable in TSDR on 05/01/2026 starting from 12:00AM to 05:30AM for a planned system maintenance activity.

| STATUS | DOCUMENTS | MAINTENANCE | | **Back to Search** | Print |

**Generated on:** This page was generated by TSDR on 2026-04-30 17:30:56 EDT

| | | |
|---|---|---|
| **Mark:** MOSAIC FAMILY WEALTH | | MOSAIC FAMILY WEALTH |
| **US Serial Number:** 86754691 | **Application Filing Date:** Sep. 11, 2015 | |
| **US Registration Number:** 4982047 | **Registration Date:** Jun. 21, 2016 | |
| **Filed as TEAS RF:** Yes | **Currently TEAS RF:** Yes | |
| **Register:** Principal | | |
| **Mark Type:** Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Status Date:** Jan. 19, 2022

**Publication Date:** Apr. 05, 2016

## Mark Information

**Mark Literal Elements:** MOSAIC FAMILY WEALTH

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "FAMILY WEALTH"

## Goods and Services

**Note:**

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial services, namely, investment fund transfer and transaction services, brokerage in the field of investment security services, estate settlement services; wealth management services; investment services, namely, financial asset allocation, cash flow management, investment consultation, and investment management services; trust and estate financial administration services and estate planning consultation; financial risk management consultation; financial advisory and consultancy services; advice relating to investments and wealth management

| | |
|---|---|
| **International Class(es):** 036 - Primary Class | **U.S Class(es):** 100, 101, 102 |
| **Class Status:** ACTIVE | |
| **First Use:** Feb. 20, 2015 | **Use in Commerce:** Feb. 20, 2015 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes |
| **Filed ITU:** No | **Currently ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No |
| **Filed No Basis:** No | **Currently No Basis:** No |

Feedback

## Current Owner(s) Information

| | |
|---|---|
| **Owner  Name:** | MOSAIC FAMILY WEALTH PARTNERS, LLC |
| **Owner Address:** | 875 3rd Avenue, 28th Floor<br>New York, NEW YORK UNITED STATES 10022 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence  Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Briana R. Falcon | **Docket Number:** | 44804.1 |
| **Attorney Primary Email Address:** | trademarks@agg.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Briana R. Falcon<br>Arnall Golden Gregory LLP<br>2100 Pennsylvania Avenue NW, Suite 350S<br>Washington, DISTRICT OF COLUMBIA United States 20037 |
| **Phone:** | 202.677.4052 |
| **Correspondent e-mail:** | trademarks@agg.com briana.falcon@agg.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 02, 2025 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Oct. 02, 2025 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 02, 2025 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 02, 2025 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Oct. 02, 2025 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Oct. 02, 2025 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jun. 21, 2025 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Oct. 02, 2024 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Sep. 23, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Sep. 23, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Sep. 23, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Sep. 23, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Sep. 23, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Feb. 16, 2022 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Jan. 19, 2022 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Jan. 19, 2022 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Jan. 19, 2022 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Oct. 07, 2021 | TEAS SECTION 8 & 15 RECEIVED | |
| Jun. 21, 2021 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Apr. 18, 2017 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 18, 2017 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 21, 2016 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 05, 2016 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |

Feedback

| Apr. 05, 2016 | PUBLISHED FOR OPPOSITION |
| Mar. 16, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Feb. 17, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER TEAS/ |
| Feb. 06, 2016 | EMAIL CORRESPONDENCE ENTERED |
| Feb. 05, 2016 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Feb. 05, 2016 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Jan. 04, 2016 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Jan. 04, 2016 | NON-FINAL ACTION E-MAILED |
| Jan. 04, 2016 | NON-FINAL ACTION WRITTEN |
| Dec. 28, 2015 | ASSIGNED TO EXAMINER |
| Sep. 16, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Sep. 15, 2015 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** TMEG LAW OFFICE 107      **Date in Location:** Jan. 19, 2022

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Feedback



# United States of America
## United States Patent and Trademark Office

# MOSAIC FAMILY WEALTH

**Reg. No. 4,982,047**

**Registered June 21, 2016**

**Int. Cl.: 36**

**SERVICE MARK**

**PRINCIPAL REGISTER**

MOSAIC FAMILY WEALTH, LLC (DELAWARE LIMITED LIABILITY COMPANY)
SUITE 630
1401 SOUTH BRENTWOOD BOULEVARD
ST. LOUIS, MO 63144

FOR: FINANCIAL SERVICES, NAMELY, INVESTMENT FUND TRANSFER AND TRANS-ACTION SERVICES, BROKERAGE IN THE FIELD OF INVESTMENT SECURITY SERVICES, ESTATE SETTLEMENT SERVICES; WEALTH MANAGEMENT SERVICES; INVESTMENT SERVICES, NAMELY, FINANCIAL ASSET ALLOCATION, CASH FLOW MANAGEMENT, INVESTMENT CONSULTATION, AND INVESTMENT MANAGEMENT SERVICES; TRUST AND ESTATE FINANCIAL ADMINISTRATION SERVICES AND ESTATE PLANNING CONSULTATION; FINANCIAL RISK MANAGEMENT CONSULTATION; FINANCIAL AD-VISORY AND CONSULTANCY SERVICES; ADVICE RELATING TO INVESTMENTS AND WEALTH MANAGEMENT, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-20-2015; IN COMMERCE 2-20-2015.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FAMILY WEALTH", APART FROM THE MARK AS SHOWN.

SER. NO. 86-754,691, FILED 9-11-2015.

MICHELLE DUBOIS, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.
**TSDR Maintenance -** Documents may be unavailable in TSDR on 05/01/2026 starting from 12:00AM to 05:30AM for a planned system maintenance activity.

| STATUS | DOCUMENTS | MAINTENANCE | | **Back to Search** | Print |



| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2026-04-30 17:35:05 EDT |
| **Mark:** | MOSAIC FAMILY WEALTH |

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87330527 | **Application Filing Date:** | Feb. 09, 2017 |
| **US Registration Number:** | 5295541 | **Registration Date:** | Sep. 26, 2017 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |



**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

| | |
|---|---|
| **Status:** | A Sections 8 and 15 combined declaration has been accepted and acknowledged. |
| **Status Date:** | Apr. 17, 2023 |
| **Publication Date:** | Jul. 11, 2017 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | MOSAIC FAMILY WEALTH |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |
| **Description of Mark:** | The mark consists of a square element that is six squares by six squares with the squares being shaded from lighter gold shade in the upper left corner to the darker brown shade in the bottom right corner. The wording "MOSAIC FAMILY WEALTH" appears in two lines below the square element in gold color. |
| **Color Drawing:** | Yes |
| **Color(s) Claimed:** | The color(s) gold and brown is/are claimed as a feature of the mark. |
| **Disclaimer:** | "FAMILY WEALTH" |
| **Design Search Code(s):** | 26.09.09 - Squares made of geometric figures, objects, humans, plants or animals |
| | 26.09.14 - Squares, three or more; Three or more squares |
| | 26.09.21 - Squares that are completely or partially shaded |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | **4982047** |

## Goods and Services

**Note:**

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | Financial services, namely, investment fund transfer and transaction services, brokerage in the field of investment security services, estate settlement services; wealth management services; investment services, namely, financial asset allocation, cash flow management, investment consultation, and investment management services; trust and estate financial administration services and estate planning consultation; financial risk management consultation; financial advisory and consultancy services; advice relating to investments and wealth management |

| | | | |
|---|---|---|---|
| **International Class(es):** | 036 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Feb. 20, 2015 | **Use in Commerce:** | Feb. 20, 2015 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner  Name:** | MOSAIC FAMILY WEALTH PARTNERS, LLC |
| **Owner Address:** | 875 3rd Avenue, 28th Floor<br>New York, NEW YORK UNITED STATES 10022 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence  Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Briana R. Falcon | **Docket Number:** | 44804.1 |
| **Attorney Primary Email Address:** | trademarks@agg.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Briana R. Falcon<br>Arnall Golden Gregory LLP<br>2100 Pennsylvania Avenue NW, Suite 350S<br>Washington, DISTRICT OF COLUMBIA United States 20037 |
| **Phone:** | 202.677.4052 |
| **Correspondent e-mail:** | trademarks@agg.com briana.falcon@agg.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 02, 2025 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Oct. 02, 2025 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 02, 2025 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 02, 2025 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Oct. 02, 2025 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Oct. 02, 2025 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Oct. 02, 2024 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |

Feedback

| | |
|---|---|
| Apr. 17, 2023 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED |
| Apr. 17, 2023 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. |
| Apr. 17, 2023 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL |
| Oct. 06, 2022 | TEAS SECTION 8 & 15 RECEIVED |
| Sep. 23, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED |
| Sep. 23, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Sep. 23, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Sep. 23, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Sep. 23, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED |
| Sep. 26, 2022 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED |
| Mar. 09, 2022 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP |
| Sep. 26, 2017 | REGISTERED-PRINCIPAL REGISTER |
| Jul. 11, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Jul. 11, 2017 | PUBLISHED FOR OPPOSITION |
| Jun. 21, 2017 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| May 10, 2017 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| May 10, 2017 | EXAMINER'S AMENDMENT ENTERED |
| May 10, 2017 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED |
| May 10, 2017 | EXAMINERS AMENDMENT E-MAILED |
| May 10, 2017 | EXAMINERS AMENDMENT -WRITTEN |
| May 04, 2017 | ASSIGNED TO EXAMINER |
| Apr. 18, 2017 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Feb. 16, 2017 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| Feb. 15, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Feb. 13, 2017 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

|  |  |  |  |
|---|---|---|---|
| **Current Location:** | TMEG LAW OFFICE 103 | **Date in Location:** | Apr. 17, 2023 |

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Feedback

# United States of America
## United States Patent and Trademark Office



**MOSAIC**
FAMILY WEALTH

**Reg. No. 5,295,541**

**Registered Sep. 26, 2017**

**Int. Cl.: 36**

**Service Mark**

**Principal Register**

Mosaic Family Wealth, LLC (DELAWARE LIMITED LIABILITY COMPANY)
Suite 630
1401 South Brentwood Boulevard
St. Louis, MO 63144

CLASS 36: Financial services, namely, investment fund transfer and transaction services, brokerage in the field of investment security services, estate settlement services; wealth management services; investment services, namely, financial asset allocation, cash flow management, investment consultation, and investment management services; trust and estate financial administration services and estate planning consultation; financial risk management consultation; financial advisory and consultancy services; advice relating to investments and wealth management

FIRST USE 2-20-2015; IN COMMERCE 2-20-2015

The color(s) gold and brown is/are claimed as a feature of the mark.

The mark consists of a square element that is six squares by six squares with the squares being shaded from lighter gold shade in the upper left corner to the darker brown shade in the bottom right corner. The wording "MOSAIC FAMILY WEALTH" appears in two lines below the square element in gold color.

OWNER OF U.S. REG. NO. 4982047

No claim is made to the exclusive right to use the following apart from the mark as shown: "FAMILY WEALTH"

SER. NO. 87-330,527, FILED 02-09-2017
DANIEL S STRINGER, EXAMINING ATTORNEY



*Joseph Matol*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration isaccepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second  Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.
**TSDR Maintenance -** Documents may be unavailable in TSDR on 05/01/2026 starting from 12:00AM to 05:30AM for a planned system maintenance activity.

**STATUS**    **DOCUMENTS**    **MAINTENANCE**                          **Back to Search**          Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2026-04-30 17:36:45 EDT |
| **Mark:** | MOSAIC FAMILY OFFICE |

MOSAIC FAMILY OFFICE

| | | | |
|---|---|---|---|
| **US Serial Number:** | 90756129 | **Application Filing Date:** | Jun. 04, 2021 |
| **US Registration Number:** | 7213872 | **Registration Date:** | Nov. 07, 2023 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |



**TM5 Common Status Descriptor:**    LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

| | |
|---|---|
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. |
| **Status Date:** | Nov. 07, 2023 |

| | | | |
|---|---|---|---|
| **Publication Date:** | Jul. 05, 2022 | **Notice of Allowance Date:** | Aug. 30, 2022 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | MOSAIC FAMILY OFFICE |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "FAMILY OFFICE" |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | **4982047** |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Wealth management, financial advisory, and investment advisory services | | |
| **International Class(es):** | 036 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Jan. 2020 | **Use in Commerce:** | Jan. 2020 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |

Feedback

| | | | | |
|---|---|---|---|---|
| **Filed 66A:** | No | | **Currently 66A:** | No |
| **Filed No Basis:** | No | | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner  Name:** | MOSAIC FAMILY WEALTH PARTNERS, LLC |
| **Owner Address:** | 875 3rd Avenue, 28th Floor<br>New York, NEW YORK UNITED STATES 10022 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence  Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Briana R. Falcon | **Docket Number:** | 44804.1 |
| **Attorney Primary Email Address:** | **trademarks@agg.com** | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Briana R. Falcon<br>Arnall Golden Gregory LLP<br>2100 Pennsylvania Avenue NW, Suite 350S<br>Washington, DISTRICT OF COLUMBIA United States 20037 |
| **Phone:** | 202.677.4052 |
| **Correspondent e-mail:** | **trademarks@agg.com  briana.falcon@agg.com** |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 02, 2025 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Oct. 02, 2025 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 02, 2025 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 02, 2025 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Oct. 02, 2025 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Oct. 02, 2025 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Oct. 02, 2024 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Nov. 07, 2023 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Nov. 07, 2023 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 04, 2023 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Oct. 03, 2023 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Jul. 31, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jul. 31, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jul. 31, 2023 | ASSIGNED TO LIE | |
| Mar. 23, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jan. 10, 2023 | SOU TEAS EXTENSION RECEIVED | |
| Jan. 09, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jan. 09, 2023 | NON-FINAL ACTION E-MAILED | |
| Jan. 09, 2023 | SU - NON-FINAL ACTION - WRITTEN | |
| Oct. 26, 2022 | STATEMENT OF USE PROCESSING COMPLETE | |
| Oct. 06, 2022 | USE AMENDMENT FILED | |

Feedback

| Oct. 21, 2022 | CASE ASSIGNED TO INTENT TO USE PARALEGAL |
|---|---|
| Oct. 06, 2022 | TEAS STATEMENT OF USE RECEIVED |
| Sep. 23, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED |
| Sep. 23, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Sep. 23, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Sep. 23, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Sep. 23, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED |
| Aug. 30, 2022 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT |
| Jul. 05, 2022 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Jul. 05, 2022 | PUBLISHED FOR OPPOSITION |
| Jun. 15, 2022 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| May 27, 2022 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| May 25, 2022 | EXAMINER'S AMENDMENT ENTERED |
| May 25, 2022 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED |
| May 25, 2022 | EXAMINERS AMENDMENT E-MAILED |
| May 25, 2022 | EXAMINERS AMENDMENT -WRITTEN |
| Feb. 24, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Feb. 24, 2022 | NON-FINAL ACTION E-MAILED |
| Feb. 24, 2022 | NON-FINAL ACTION WRITTEN |
| Feb. 18, 2022 | ASSIGNED TO EXAMINER |
| Feb. 16, 2022 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP |
| Aug. 26, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jun. 08, 2021 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

Current Location: PUBLICATION AND ISSUE SECTION          Date in Location: Oct. 03, 2023

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Feedback



# United States of America
## United States Patent and Trademark Office

# MOSAIC FAMILY OFFICE

**Reg. No. 7,213,872**

**Registered Nov. 07, 2023**

**Int. Cl.: 36**

**Service Mark**

**Principal Register**

MOSAIC FAMILY WEALTH PARTNERS, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
875 3RD AVENUE, 28TH FLOOR
NEW YORK, NEW YORK 10022

CLASS 36: Wealth management, financial advisory, and investment advisory services

FIRST USE 1-00-2020; IN COMMERCE 1-00-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4982047

No claim is made to the exclusive right to use the following apart from the mark as shown: "FAMILY OFFICE"

SER. NO. 90-756,129, FILED 06-04-2021





Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration isaccepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for  Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.
**TSDR Maintenance -** Documents may be unavailable in TSDR on 05/01/2026 starting from 12:00AM to 05:30AM for a planned system maintenance activity.

STATUS    DOCUMENTS               **Back to Search**        Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2026-04-30 17:38:21 EDT |
| **Mark:** | MOSAIC WEALTH |

MOSAIC WEALTH

| | | | |
|---|---|---|---|
| **US Serial Number:** | 98503249 | **Application Filing Date:** | Apr. 16, 2024 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

| | |
|---|---|
| **Status:** | A second request for extension of time to file a Statement of Use has been granted. |
| **Status Date:** | Apr. 13, 2026 |

| | | | |
|---|---|---|---|
| **Publication Date:** | Feb. 25, 2025 | **Notice of Allowance Date:** | Apr. 22, 2025 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | MOSAIC WEALTH |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "WEALTH" |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | **4982047**, **7213872** and others |

## Goods and Services

**Note:**

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | Financial services, namely, financial planning services; wealth management services; investment services, namely, investment advisory services; trust and estate financial administration services, namely, estate trust planning and estate trust management; estate planning consultation; financial risk management consultation; financial advisory and consultancy services; advice relating to investments and wealth management |
| **International Class(es):** | 036 - Primary Class |
| **Class Status:** | ACTIVE |

**U.S Class(es):** 100, 101, 102

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |

| | | | |
|---|---|---|---|
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Mosaic Family Wealth Partners, LLC |
| **Owner Address:** | 1325 Avenue of the Americas, 11th Floor<br>New York, NEW YORK UNITED STATES 10019 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Briana R. Falcon | **Docket Number:** | 44804.1 |
| **Attorney Primary Email Address:** | trademarks@agg.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Briana R. Falcon<br>Arnall Golden Gregory LLP<br>2100 Pennsylvania Avenue NW, Suite 350S<br>Washington, DISTRICT OF COLUMBIA United States 20037 |
| **Phone:** | 202.677.4052 |
| **Correspondent e-mail:** | trademarks@agg.com briana.falcon@agg.com thomas.caulfield@agg.com docketing@agg.com jonathan.miller@agg.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 30, 2026 | TEAS STATEMENT OF USE RECEIVED | |
| Apr. 14, 2026 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Apr. 13, 2026 | SOU EXTENSION 2 GRANTED | |
| Apr. 13, 2026 | SOU EXTENSION 2 FILED | |
| Apr. 13, 2026 | SOU TEAS EXTENSION RECEIVED | |
| Oct. 23, 2025 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Oct. 22, 2025 | SOU EXTENSION 1 GRANTED | |
| Oct. 22, 2025 | SOU EXTENSION 1 FILED | |
| Oct. 22, 2025 | SOU TEAS EXTENSION RECEIVED | |
| Oct. 02, 2025 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 02, 2025 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 02, 2025 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Oct. 02, 2025 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Oct. 02, 2025 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Apr. 22, 2025 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Feb. 25, 2025 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Feb. 25, 2025 | PUBLISHED FOR OPPOSITION | |
| Feb. 19, 2025 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 03, 2025 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 30, 2025 | TEAS/EMAIL CORRESPONDENCE ENTERED | |

Feedback

| Jan. 30, 2025 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jan. 30, 2025 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 30, 2024 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Oct. 30, 2024 | NON-FINAL ACTION E-MAILED | |
| Oct. 30, 2024 | NON-FINAL ACTION WRITTEN | |
| Oct. 30, 2024 | ASSIGNED TO EXAMINER | 89010 |
| Apr. 16, 2024 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Apr. 16, 2024 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** WATTS-FITZGERALD, CAITLIN C        **Law Office Assigned:** LAW OFFICE 111

**File Location**

**Current Location:** INTENT TO USE SECTION        **Date in Location:** Apr. 22, 2025

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Feedback