**EXHIBIT B**

*Source:* Mariner

*April 28, 2026 10:00 ET*

# Mariner Independent Launches $1.3B Mosaic Value Partners as Advisors Reestablish Independence and Expand Growth Strategy

## Largest firm to date debuts on Mariner Independent as three senior advisors pair investment expertise with a rebuilt research platform

Overland Park, Kansas, April 28, 2026 (GLOBE NEWSWIRE) -- Mariner, a national financial services firm, today announced the launch of Mosaic Value Partners (MVP), a $1.3 billion wealth management firm founded by John Buckingham, Jason Clark and Christopher Quigley. The team commenced operations through Mariner Independent beginning April 24, supported by three additional team members including two licensed professionals.

MVP is built on a disciplined value investing foundation paired with a growing focus on delivering a personalized, holistic wealth management experience. In addition to its advisory business, the team had built a widely followed investment research platform which reached tens of thousands of subscribers through a mix of weekly commentaries, monthly market updates and long-form investment research insights. As the team launches Mosaic Value Partners, they plan to build a new version of this publication, *Value Investor Perspectives*.

The decision to launch MVP reflects the team's intent to reestablish an independent operating model while expanding the scope of services they deliver to clients. Through Mariner Independent, clients benefit from integrated capabilities and an in-house team of specialists supporting advanced planning, estate and tax strategies, insurance solutions and operational expertise.

"Advisors today are looking for partners that understand the complexity of their business and can support where they're going, not just where they've been," said Rob Sandrew, head of Mariner

Independent. "Mosaic Value Partners brings together a disciplined investment philosophy with a differentiated client engagement model, and we're proud to support their next chapter as they build an independent firm designed for long-term growth."

The MVP group chose a partner that could meet the growing sophistication of their clients' financial and investment needs, preserve their independence and enhance the tools needed to deliver a highly personalized approach. Mariner Independent's platform enables the team to integrate their investment expertise with broader advisory services while continuing to expand their capabilities.

"We serve our clients through a research-backed, value-oriented investment philosophy and have built strong, personal relationships along the way," said Buckingham. "As we considered our next phase of growth, it was important to find a partner that could support that foundation while giving us the resources to expand and evolve. Mariner Independent provides the infrastructure and capabilities we need without changing who we are."

Mariner Independent continues to attract advisors seeking the flexibility to scale their businesses, deliver more comprehensive advice and operate with greater autonomy. The largest firm to launch with Mariner Independent to date, MVP joins a growing group of firms returning to independence with partners equipped to support more complex business models.

**About Mariner**

Mariner is a privately held national financial services firm equipped with the experience to meet your modern wealth needs. Our advisors have access to in-house expertise covering everything from tax, estate, trust, and insurance to investment banking and valuation, enabling them to maximize time spent creating unified wealth plans with clients. By opening more windows of wealth, we can create opportunities to positively impact the lives of many. With this purpose, we intend to raise the bar for the entire industry. Founded in 2006 with approximately $300 million in assets under advisement, Mariner affiliates collectively advise on more than $647 billion in assets under advisement as of 3/31/26. Learn more at www.mariner.com.

**PRESS RELEASE**

# Mariner Independent Launches $1.3B Mosaic Value Partners as Advisors Reestablish Independence and Expand Growth Strategy

**April 28, 2026**

 

**Largest firm to date debuts on Mariner Independent as three senior advisors pair investment expertise with a rebuilt research platform**

**OVERLAND PARK, KAN. — APRIL 28, 2026 —** Mariner, a national financial services firm, today announced the launch of Mosaic Value Partners (MVP), a $1.3 billion wealth management firm founded by John Buckingham, Jason Clark and Christopher Quigley. The team commenced operations through Mariner Independent beginning April 24, supported by three additional team members including two licensed professionals.

MVP is built on a disciplined value investing foundation paired with a growing focus on delivering a personalized, holistic wealth management experience. In addition to its advisory business, the team had built a widely followed investment research platform which reached tens of thousands of subscribers through a mix of weekly commentaries, monthly market updates and long-form investment research insights. As the team launches Mosaic Value Partners, they plan to build a new version of this publication, *Value Investor Perspectives*.

The decision to launch MVP reflects the team's intent to reestablish an independent operating model while expanding the scope of services they deliver to clients. Through Mariner Independent, clients benefit from integrated capabilities and an in-house team of specialists supporting advanced planning, estate and tax strategies, insurance solutions and operational expertise.

"Advisors today are looking for partners that understand the complexity of their business and can support where they're going, not just where they've been," said Rob Sandrew, head of Mariner Independent. "Mosaic Value Partners brings together a disciplined investment philosophy with a differentiated client engagement model, and we're proud to support their next chapter as they build an independent firm designed for long-term growth."

The MVP group chose a partner that could meet the growing sophistication of their clients' financial and investment needs, preserve their independence and enhance the tools needed to deliver a highly personalized approach. Mariner Independent's platform enables the team to integrate their investment expertise with broader advisory services while continuing to expand their capabilities.

"We serve our clients through a research-backed, value-oriented investment philosophy and have built strong, personal relationships along the way," said Buckingham. "As we considered our next phase of growth, it was important to find a partner that could support that foundation while giving us the resources to expand and evolve. Mariner Independent provides the infrastructure and capabilities we need without changing who we are."

Mariner Independent continues to attract advisors seeking the flexibility to scale their businesses, deliver more comprehensive advice and operate with greater autonomy. The largest firm to launch with Mariner Independent to date, MVP joins a growing group of firms returning to independence with partners equipped to support more complex business models.

This copy is for your personal, non-commercial use only. Reproductions and distribution of this news story are strictly prohibited.

• **View reprint options** • **Order a reprint article now** • **Print**

Mariner Adds $1.3B California Firm To Independent Platform
APRIL 28, 2026 • FA STAFF

Mosaic Value Partners, a $1.3 billion California wealth management firm, has launched on the Mariner Independent platform, according to a press release.

Mosaic Value Partners (MVP), formerly with Focus Partners Wealth, was founded by John Buckingham, Jason Clark and Christopher Quigley. The team, which is supported by three additional members, joined Mariner Independent in Aliso Viejo, Calif., on Friday.

"MVP is built on a disciplined value investing foundation paired with a growing focus on delivering a personalized, holistic wealth management experience," Mariner stated in the release, adding that the team has built an investment research subscription-based platform that provides a mix of weekly commentaries, monthly market updates and long-form investment insights.

"We serve our clients through a research-backed, value-oriented investment philosophy and have built strong, personal relationships along the way," Buckingham said in the release. "As we considered our next phase of growth, it was important to find a partner that could support that foundation while giving us the resources to expand and evolve."

MVP is the largest firm to join Mariner Independent, which launched in 2020 and oversees about $40 billion in assets under advisement, the release said.

Overland Park, Kan.-based Mariner was founded in 2006 with about $300 million in assets under advisement. Its affiliates had more than $647 billion in assets under advisement as of March 31.

This copy is for your personal, non-commercial use only. Reproductions and distribution of this news story are strictly prohibited.

• **View reprint options** • **Order a reprint article now** • **Print**

**Investment**News

The trusted resource for independent-minded advisors

---

☰                                                    🔍  🔒 LOGIN     SUBSCRIBE

---

Ad removed.

Show details

**RIA NEWS**

## RIA moves: Mariner Independent debuts $1.3B firm led by ex-Focus Partners Wealth trio



Meanwhile, Waverly has entered Louisiana with a new $3.1 billion partner, and Carson absorbs a decade-long coaching partner in Green Bay, Wisconsin.

**APR 28, 2026**

By Leo Almazora



---

A billion dollar-plus trio of advisors has left the Focus Financial platform to join *Mariner*'s independent channel, marking a milestone for the Kansas-based mega-RIA.

Mariner Independent announced Tuesday that John Buckingham, Jason Clark, and Christopher Quigley have launched their own firm with $1.3 billion in client assets under the new name Mosaic Value Partners, making it the largest to debut on the platform to date.

Buckingham, Clark, and Quigley were affiliated with *Kovitz Investment Group* since before 2020, according to *their respective records with the SEC*. Kovitz was integrated into Focus Partners Wealth, one of Focus' five major internal wealth hubs, *earlier this year*.

Three additional team members, including two licensed professionals, joined the advisor trio at launch.

The firm is built around a value investing approach and plans to revive a research publication the team had previously developed, called Value Investor Perspectives, which had reached tens of thousands of subscribers through weekly and monthly content.

Rob Sandrew, head of Mariner Independent, said in a statement that Mosaic Value Partners "brings together a disciplined investment philosophy with a differentiated client engagement model."

Buckingham said the team sought a partner that could "support that foundation while giving us the resources to expand and evolve," adding that Mariner Independent "provides the infrastructure and capabilities we need without changing who we are."

Mariner Independent is positioned as a platform for advisors seeking to operate independently while accessing integrated planning, estate, tax and insurance capabilities through Mariner's in-house specialist teams.

Ad removed.

Show details

## Waverly plants its first Louisiana flag

Birmingham-based *Waverly Advisors* has acquired TruWealth Advisors, a New Orleans-area *wealth management* firm with $3.1 billion in assets as of Dec. 31.

The deal, which closed April 24, marks Waverly's entry into Louisiana and is the firm's 32nd transaction since taking an equity investment from Wealth Partners *Capital Group* and HGGC's Aspire Holdings platform in December 2021.

TruWealth was founded in 2020 by Chuck Simmons and has grown to a 31-person team operating out of offices in Mandeville and Metairie, Louisiana. Simmons will continue leading the Louisiana offices in his new role as partner and wealth advisor at Waverly, while Jim Parrie, who served as general manager and chief operating officer at TruWealth, joins as partner and regional director. The full TruWealth team is moving to Waverly.

Justin Russell, president and CEO of Waverly, said in a statement that TruWealth's "investment outlook and client service approach aligns closely with Waverly's."

Simmons said in the statement that joining Waverly allows his firm to maintain its commitment to client-first advice "while providing clients with enhanced resources, broader planning capabilities and access to an expanded team."

Building on its acquisitions of *Pure Portfolios in February* and *McBride Financial Advisors in March*, Waverly's total assets under management to approximately $34.2 billion as of April 24.

## Carson deepens a decade-long relationship in Green Bay

*Carson Group* has acquired Harbor Wealth Management, a Green Bay, Wisconsin-based RIA managing approximately $396 million in assets.

Harbor Wealth, led by partners and senior wealth advisors Eric Heus and Brent Polzin, will rebrand as a Carson Wealth office – the firm's integrated model – rather than operating under Carson's independent affiliate structure.

The acquisition formalizes a relationship that dates back more than a decade. Harbor Wealth first connected with Carson through its coaching program before formally joining Carson's independent advisor model in June 2016.

Heus said in a statement that "becoming an integrated office allows us to build on that foundation in a more meaningful way," adding that the firm can access "a broader bench of expertise, technology and support" while maintaining a "highly personal, family office-style experience."

Carson Group manages over $57 billion in assets across a network of more than 165 partner offices, including more than 50 Carson Wealth locations serving upward of 60,000 client families.

---

## Latest News



### New York insurance agent pleads guilty to running $50 million Ponzi

Miles Burton Marshall faces up to 12 years in prison when sentenced in June.



### Senate bans members from prediction markets amid insider trading concerns

With Kalshi and Polymarket at the center of insider trading allegations, Congress is moving on multiple fronts to rein in the fast-growing industry of event contracts.



### Osaic clinches more than $2 billion in new capital as Bain Capital joins investors

Bain Capital has joined Osaic's existing investors Ares and Lexington Partners.



### Beneficient, GWG boss spent $59 million on home improvements during time of alleged fraud scheme

Bradley Heppner was close to $25 million over budget on refurbishing his Dallas mansion, according to contractor.



**Trump signs order expanding retirement plan access for uncovered workers**

Building on previously approved Saver's Match under Thrift Savings Plan, the order will launch a portal for workers without employer-sponsored benefits to enroll in vetted savings plans.

## Newsletters

Subscribe for original insights, commentary and analysis of the issues facing the financial advice community, from the InvestmentNews team.

SPONSORED

**Winning the Next Generation Before the Wealth Transfer Happens**

Retention doesn't break at the moment of transfer. It breaks years earlier, when no relationship was ever built

SPONSORED

**The barbell era: How ultra-wealthy investors are positioning for what comes next**

Ultra-high-net-worth investors aren't retreating from risk. They're redefining it, balancing safety with selective conviction

SUBSCRIBE

Get unlimited access to InvestmentNews

Subscribe for just $19.99 per month.

Subscribe



**About**

About Us

Glossary

Privacy Policy

Terms & Conditions

Cookie Policy

Consent Preferences

Authors

External contributors

Sitemap

**Contact**

Contact Us

Customer Service

**More from us**

Best in Wealth

Guides

Media Kit

Editorial Calendar

**Subscribers**

Newsletter

Issue Archive

Digital Subscription Agreement

Subscribe

**Investment**News

Copyright © 2026 KM Business Information US, Inc.

Use of editorial content without permission is strictly prohibited. All rights reserved