**EXHIBIT D**



📞 949-330-0901   ✉ info@mosaicvaluepartners.com

MOSAIC VALUE PARTNERS

ABOUT US    WHY MVP?    **CONTACT US**

# BUILDING YOUR WEALTH, ONE PIECE AT A TIME

Long-term success isn't about a few quick wins. It comes from discipline, patience and thoughtful decisions over time. Like tiles in a mosaic, each piece plays an important role in a larger picture. At Mosaic Value Partners, we work alongside you to create a personalized foundation, carefully aligning each element to support your long-term goals and bring clarity to your overall financial picture.

**OUR APPROACH**

## A FAMILIAR TEAM

Our experienced team is led by:









## WHAT IS VALUE?

*Value* isn't just a style or a number. It's the lens through which we view every decision.

Our roots trace back to the 1970s, when we began publishing a newsletter chronicling the challenges and rewards of *Value* investing. To us, a *Value* stock represents a company trading below its true worth, offering the potential for long-term growth as that upside is ultimately recognized.

Over decades, we've learned that successful investing requires patience, discipline and a long-term perspective. Markets are complex and navigating them can be overwhelming. We endeavor to add *Value* by managing that complexity, positioning your investments thoughtfully to support your long-term goals.

But *Value* extends beyond portfolios and performance. It's reflected in the partnership we build with you, serving as your financial quarterback, collaborating with your team and keeping your long-term objectives at the center of every decision. Each piece of your financial picture is carefully considered so your plan works in harmony.

We would be honored to bring our experience and perspective to your financial journey, helping you make confident decisions to build a stronger financial future.

**TAKE THE FIRST STEP**

Mariner is a brand utilized by Mariner Platform Solutions ("MPS"), an SEC-registered investment adviser. Investment advisory services are offered through Investment Adviser Representatives ("IAR") registered with MPS.

The IAR associated with MPS maintains a separate business entity, Mosaic Value Partners, through which they market their services. The separate business entity is not owned, controlled by, or affiliated with MPS and is not registered with the SEC. MPS does not provide legal or tax advice. Please refer to the links below for additional information.

Legal/Disclosure | Privacy Policy | MPS Form CRS | Form ADV Part 2A | Form ADV Part 2B
Copyright © 2026 Mariner
All Rights Reserved



MOSAIC VALUE PARTNERS

ABOUT US · WHY MVP? · CONTACT US

# OUR STORY

## A VALUE INVESTING LEGACY CONTINUES WITH MOSAIC VALUE PARTNERS

Even though Mosaic Value Partners was formed in 2026, the real history of our firm stretches back to 1977, when the U.S. economy was in the throes of the gas crisis and unemployment was at the highest levels since the Great Depression.

## FROM NEWSLETTER TO INVESTMENT FIRM

Al Frank (1930-2002), a relentless bargain hunter and part-time philosopher, wrote the first issues of *The Pinchpenny Speculator* on a typewriter from his Santa Monica apartment.

Al believed in buying *Value* stocks with the method of "buy low and sell high." He shared his experience managing a diversified portfolio of undervalued stocks over time in the newsletter, believing there were other investors out there who would be interested in the same approach.

He was right.

Over the years, Al built a devoted readership. In 1982, he renamed the newsletter *The Prudent Speculator*, and soon, subscribers began asking him to manage their portfolios.

Al Frank Asset Management was born.

## TECHNOLOGY MEETS VALUE INVESTING

In early 1987, Al hired a computer science grad from the University of Southern California named John Buckingham to modernize their office systems. As John used his tech skills to automate the firm, he studied Al's investment philosophy from the ground up, learning the intricacies of stock analysis, portfolio management, accounting and subscriptions.

In October 1987, Black Monday sent markets around the globe into a sharp decline. As stock prices tumbled, Al and John pondered changes to their strategy, ultimately concluding that all strategies have bad days and the show must go on. After all, Wall Street is the only place that holds a sale and nobody shows up!

## GROWING NATIONAL RECOGNITION

In 1989, Al wrote his first book, *The Prudent Speculator: Al Frank on Investing*, and in 1995, he wrote an updated version, *Al Frank's NEW Prudent Speculator*.

Spurred by the success of their humble operation, Al and John launched the Al Frank Fund (VALUX) in 1998, a go-anywhere Value fund that John managed through April 2026.

Al continued to write *The Prudent Speculator* newsletter until 2002, when John took over the role of editor after Al passed away.

While John is a go-to industry source for his insights, appearing regularly over the years on CNBC, Bloomberg and FOX Business News, he's also widely quoted in print media like *The Wall Street Journal, Forbes* and *Think Advisor*. In fact, he earned a front-page feature in *Barron's* in 2017.

## THE NEXT CHAPTER

Nearly five decades after that first typewritten issue of *The Pinchpenny Speculator* went to press, the principles that Al Frank developed remain at the heart of what we do.

At **Mosaic Value Partners**, we continue to practice the same disciplined, long-term approach to *Value* investing. We seek strong companies trading at discounted prices and hold them patiently for the long term.

Markets move. Technology evolves. Names change. But the core philosophy that has guided our investment approach through wars, pandemics, crashes, bubbles, and countless other challenges remains central to who we are.

Led by John Buckingham, along with Jason Clark, CFA, and Christopher Quigley, CFA, our core team has worked together since 2009, continuing to build on a legacy of *Value*-oriented investing and personalized wealth management.

MEET OUR TEAM

Mariner is a brand utilized by Mariner Platform Solutions ("MPS"), an SEC-registered investment adviser. Investment advisory services are offered through Investment Adviser Representatives ("IAR") registered with MPS.

The IAR associated with MPS maintains a separate business entity, Mosaic Value Partners, through which they market their services. The separate business entity is not owned, controlled by, or affiliated with MPS and is not registered with the SEC. MPS does not provide legal or tax advice. Please refer to the links below for additional information.

Legal/Disclosure | Privacy Policy | MPS Form CRS | Form ADV Part 2A | Form ADV Part 2B
Copyright © 2026 Mariner
All Rights Reserved



**MOSAIC** VALUE PARTNERS

ABOUT US          WHY MVP?          CONTACT US

# MEET OUR TEAM

At Mosaic Value Partners, we have a talented team working to support you. When you call us, you'll always talk with a real person. We're happy to answer any questions you may have.



## JOHN BUCKINGHAM

**CO-FOUNDER, EXECUTIVE DIRECTOR – INVESTMENTS**

READ BIO



## JASON CLARK, CFA

**CO-FOUNDER, EXECUTIVE DIRECTOR – WEALTH**

READ BIO



## CHRISTOPHER QUIGLEY, CFA

**CO-FOUNDER, EXECUTIVE DIRECTOR – STRATEGY**

READ BIO

949-330-0901          info@mosaicvaluepartners.com

Mariner is a brand utilized by Mariner Platform Solutions ("MPS"), an SEC-registered investment adviser. Investment advisory services are offered through Investment Adviser Representatives ("IAR") registered with MPS.

The IAR associated with MPS maintains a separate business entity, Mosaic Value Partners, through which they market their services. The separate business entity is not owned, controlled by, or affiliated with MPS and is not registered with the SEC. MPS does not provide legal or tax advice. Please refer to the links below for additional information.

Legal/Disclosure | Privacy Policy | MPS Form CRS | Form ADV Part 2A | Form ADV Part 2B
Copyright © 2026 Mariner
All Rights Reserved

# OUR INVESTMENT APPROACH

Value investing is in our DNA. With over four decades of value investing experience, our team has focused on buying stocks at a discount and holding them for the long term. We believe in the tenets of Discipline, Insight and Alignment.



## VALUE INVESTING

Our core team has a combined 75+ years of experience working together using our guiding principles of Value investing. We employ a time-tested, research-backed approach that we continue to refine.

LET'S TALK



## HANDS-ON ADVISORS

When you work with Mosaic Value Partners, your advisor keeps your goals top of mind in every portfolio management decision, putting your financial objectives at the center of the investment process.

LET'S TALK



## INDIVIDUALIZED PLANS

Unlike some firms, we don't use models or force you into a "cookie cutter" experience. Using your comprehensive financial plan as the foundation, we partner with you to build an asset allocation that considers your personal risk profile, goals and circumstances.

LET'S TALK



## FIDUCIARY INTEGRITY

We are committed to putting your interests first and work hard to earn your trust every day. As fiduciaries, that is not just a promise — it is a legal obligation we take seriously.

LET'S TALK

Mariner is a brand utilized by Mariner Platform Solutions ("MPS"), an SEC-registered investment adviser. Investment advisory services are offered through Investment Adviser Representatives ("IAR") registered with MPS.

The IAR associated with MPS maintains a separate business entity, Mosaic Value Partners, through which they market their services. The separate business entity is not owned, controlled by, or affiliated with MPS and is not registered with the SEC. MPS does not provide legal or tax advice. Please refer to the links below for additional information.

Legal/Disclosure | Privacy Policy | MPS Form CRS | Form ADV Part 2A | Form ADV Part 2B
Copyright © 2026 Mariner
All Rights Reserved

949-330-0901    info@mosaicvaluepartners.com

**MOSAIC**
VALUE PARTNERS

ABOUT US    WHY MVP?    CONTACT US

# STRATEGIC SOLUTIONS

Mosaic Value Partners is powered by Mariner, allowing us to leverage the expertise of seasoned professionals in tax, trust, estate planning, alternative investments, retirement planning and insurance. Additionally, Mariner's support in technology, compliance, and operations allows us to focus more on what truly matters: building strong, lasting relationships with you.

## COMPLEX FINANCIAL PLANNING

We will partner with you to develop a customized financial plan that works for you now and over the long term. Whether it's planning for retirement, saving for a child's education or making charitable contributions, we will get to know you and your goals, then build a plan to help you reach them. A brief overview of our planning process can be found below.

- Data gathering and a deep assessment of your current situation
- Address immediate concerns – focus on risk areas
- Collaborate to set goals and outline plans for achieving them
- Thoughtful execution of strategic priorities – including tax strategy
- Ongoing monitoring and modifications to your financial plan

**TAX PLANNING** ▼

**RETIREMENT PLAN SERVICES** ▼

**RISK MANAGEMENT / INSURANCE ANALYSIS** ▼

**TRUST SERVICES** ▼

**M&A ADVISORY** ▼

**BUSINESS VALUATION** ▼

Investment advisory services are offered through Mariner Platform Solutions (MPS); affiliates of MPS may provide other services listed and they may be subject to additional fees. Some advisors are licensed insurance agents and may be compensated for selling insurance-related products through an affiliated or unaffiliated insurance agency.

Asset allocation, diversification and other investment strategies cannot ensure a profit or protect against loss in a declining market. Investing involves risk, including the potential loss of principal. There is no guarantee that any investment or planning strategy will be successful.

Mariner is a brand utilized by Mariner Platform Solutions ("MPS"), an SEC-registered investment adviser. Investment advisory services are offered through Investment Adviser Representatives ("IAR") registered with MPS.

The IAR associated with MPS maintains a separate business entity, Mosaic Value Partners, through which they market their services. The separate business entity is not owned, controlled by, or affiliated with MPS and is not registered with the SEC. MPS does not provide legal or tax advice. Please refer to the links below for additional information.

Legal/Disclosure | Privacy Policy | MPS Form CRS | Form ADV Part 2A | Form ADV Part 2B
Copyright © 2026 Mariner
All Rights Reserved