NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

CALLAHAN & BLAINE, PC
Jason Casero, Esq. (Bar No. 263933)
19900 MacArthur Blvd., Suite 1200, Irvine CA 92612
Jcasero@callahan-law.com
(714) 241-4444

ATTORNEY(S) FOR: FOCUS FINANCIAL PARTNERS, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOCUS FINANCIAL PARTNERS, LLC, <br><br> Plaintiff(s), <br><br> v. <br><br> MOSAIC VALUE PARTNERS, LLC <br><br> Defendant(s) | CASE NUMBER:   8:26-cv-01050 <br><br><br> **CERTIFICATION AND NOTICE** <br> **OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ FOCUS FINANCIAL PARTNERS, LLC _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| FOCUS FINANCIAL PARTNERS, LLC | Plaintiff |
| MOSAIC VALUE PARTNERS, LLC | Defendant |

May 1, 2026
Date

Signature

Attorney of record for (or name of party appearing in pro per):

FOCUS FINANCIAL PARTNERS, LLC

CV-30 (05/13)                              **NOTICE OF INTERESTED PARTIES**