**ARNALL GOLDEN GREGORY LLP**
Briana R. Falcon (*Pro Hac Vice* Forthcoming)
briana.falcon@agg.com
Thomas J. Caulfield (*Pro Hac Vice* Forthcoming)
thomas.caulfield@agg.com
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, D.C. 20037
Phone: (202) 677-4052

Scott E. Taylor (*Pro Hac Vice* Forthcoming)
scott.taylor@agg.com
Avery E. Carter (*Pro Hac Vice* Forthcoming)
mailto:avery.carter@agg.com
171 17th Street NW
Suite 2100
Atlanta, Georgia 30363
Phone: (404) 873-7030
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, D.C. 20037
Phone: (202) 677-4052

**CALLAHAN & BLAINE, PC**
Javier Van Oordt (Bar No. 184879)
jvo@callahan-law.com
Jason P. Casero (Bar No. 263933)
jcasero@callahan-law.com
19900 MacArthur Blvd., Suite 1200
Irvine, California 92612
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Plaintiff FOCUS
FINANCIAL PARTNERS, LLC

CALLAHAN & BLAINE, PC
19900 MACARTHUR BLVD., SUITE 1200
IRVINE, CALIFORNIA 92612
TELEPHONE: (714) 241-4444
www.callahan-law.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOCUS FINANCIAL PARTNERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MOSAIC VALUE PARTNERS, LLC, <br><br> Defendant. | CASE NO.  8:26-cv-01050-JWH-KES <br><br> **EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AS TO INJUNCTIVE RELIEF AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED AGAINST DEFENDANT MOSAIC VALUE PARTNERS, LLC** |

- 1 -

EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AS TO
INJUNCTIVE RELIEF AND ORDER TO SHOW CAUSE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff Focus Financial Partners, LLC ("FFP") respectfully moves this Court ex parte pursuant to Rule 65 of the Federal Rules of Civil Procedure for a temporary restraining order and an order to show cause as to why a preliminary injunction should not issue.

FFP is the owner of the federally registered trademarks at issue in this action, including "Mosaic Family Wealth," "Mosaic Family Wealth" (composite mark), and "Mosaic Family Office" (collectively, the "Mosaic Marks"), which have been assigned to FFP.

By way of this application, Plaintiff seeks the following injunctive relief from Defendant Mosaic Value Partners, LLC ("Defendant"), and its officers, agents, servants, employees and attorneys, and all other persons acting in concert with or in participation with Defendant who receive actual notice of the Court's temporary restraining order:

1.  Defendant and its officers, agents, servants, employees, successors and assigns, and all other persons acting in concert with or in conspiracy with or affiliated with Defendant are hereby enjoined and restrained from:

    (a) Marketing, promoting, offering to sell, selling, and distributing any service or product under or bearing the name "MOSAIC VALUE PARTNERS" or under or bearing any other trademark, trade name, or designation that is identical or confusingly similar to the MOSAIC FAMILY WEALTH, MOSAIC FAMILY OFFICE, or MOSAIC WEALTH trademarks (collectively, the "Mosaic Marks");

    (b) Advertising, marketing, or holding themselves out under the name "Mosaic Value Partners" or any confusingly

CALLAHAN & BLAINE, PC
19900 MACARTHUR BLVD., SUITE 1200
IRVINE, CALIFORNIA 92612
TELEPHONE: (714) 241-4444
www.callahan-law.com

- 2 -

similar mark, including on any website, social media platform, or domain name;

(c)    Operating, maintaining, or directing traffic to the website mosaicvaluepartners.com or any other website or domain name incorporating the word "Mosaic" in connection with financial planning, wealth management, investment advisory, or related services;

(d)    Secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, marketing materials, or communications bearing the MOSAIC VALUE PARTNERS name or any other mark that is identical or confusingly similar to the Mosaic Marks; and (ii) any evidence relating to the marketing, promoting, offering to sell, selling, and distributing any service or product under the MOSAIC VALUE PARTNERS name;

2.    Defendant, its officers, agents, servants, employees, successors and assigns, and all other persons acting in concert with or in conspiracy with or affiliated with Defendant shall immediately discontinue the use of the name MOSAIC VALUE PARTNERS or any other mark that is identical or confusingly similar to the Mosaic Marks in association with all websites, social media accounts, domain name extensions, metatags, or other markers within website source code, from use on any webpage (including as the title of any web page), any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites

CALLAHAN & BLAINE, PC
19900 MACARTHUR BLVD., SUITE 1200
IRVINE, CALIFORNIA 92612
TELEPHONE: (714) 241-4444
www.callahan-law.com

- 3 -

registered by, owned, operated, or controlled by Defendant.

3.      Defendant shall take reasonable steps to cause the retraction or correction of any press releases, media statements, or public announcements referencing the name "Mosaic Value Partners."

Plaintiff also requests that this Court issue an order to show cause as to why a preliminary injunction should not issue embracing these same terms.

The grounds for this application are that Defendant bears liability for its unlawful use of Plaintiff's distinct and valuable Mosaic Marks. In particular, well after Plaintiff first began using and marketing its wealth management, financial planning, and investment advisory services under the Mosaic Marks, Defendant formed Mosaic Value Partners, LLC on April 7, 2026, and began marketing and selling identical services under a name incorporating Plaintiff's identical dominant trademark "Mosaic."

Prior to Defendant's adoption and use of the infringing name, its principals — John Buckingham, Jason Clark, and Christopher Quigley — had been aware of Plaintiff's use of the Mosaic Marks through their employment at Focus Partners Wealth, LLC ("FPW"), a wholly owned subsidiary of FFP. All three were employed at FPW at the time they formed Mosaic Value Partners, LLC on April 7, 2026. Their purported last day with FPW was April 24, 2026. They were previously affiliated with Kovitz Investment Group, which was integrated into FPW, one of FFP's five major internal wealth hubs, earlier this year.

Despite notice of the infringement and demands from Plaintiff to cease these unlawful acts including two cease-and-desist letters sent on April 28, 2026, and a follow-up letter setting an accelerated compliance deadline of 5:00 PM ET on April 29, 2026, Defendant continues to market and sell services under the Mosaic Value Partners name. Through counsel at Fisher & Phillips LLP, Defendant has disputed FFP's claims but has not offered to cease use of the infringing name. Indeed, after receiving Plaintiff's cease and desist letters, Defendant escalated its infringing

CALLAHAN & BLAINE, PC
19900 MACARTHUR BLVD., SUITE 1200
IRVINE, CALIFORNIA 92612
TELEPHONE: (714) 241-4444
www.callahan-law.com

- 4 -

EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AS TO INJUNCTIVE RELIEF AND ORDER TO SHOW CAUSE

conduct by launching a professionally branded website at mosaicvaluepartners.com, featuring the "Mosaic Value Partners" name prominently throughout, a custom mosaic tile logo, professional headshots of each co-founder, descriptions of their financial services offerings, and a client contact form actively soliciting new business under the Mosaic name. Defendant prominently uses the Mosaic Value Partners name on this website and in connection with its services. In doing so, Defendant is willfully infringing the Mosaic Marks.

Immediate relief is warranted because Defendant's continued and expanding use of the Mosaic Value Partners name, which has been disseminated through at least four national financial publications, including a globally distributed press release through GlobeNewswire, is causing ongoing and escalating irreparable harm to Plaintiff's brand, reputation, and goodwill. The infringement is ongoing and compounding with each passing day.

This Application is based on this Application; the Memorandum of Points and Authorities in Support; the Declaration of Gregory E. Woods; the Exhibits attached thereto; the record in this matter; and such other and further papers, evidence, and argument as may be submitted in connection with this Application.

To the best of Plaintiff's knowledge, the names, addresses, telephone numbers, and email addresses of Defendant and/or its counsel are as follows:

1.    Mosaic Value Partners, LLC

120 Vantis Drive, Suite 300

Aliso Viejo, CA 92677

2.    Deborah A. Hedley

Fisher & Phillips LLP

21600 Oxnard Street, Suite 700

Woodland Hills, CA 91367

Tel: (818) 230-4262

dahedley@fisherphillips.com

EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AS TO INJUNCTIVE RELIEF AND ORDER TO SHOW CAUSE

CALLAHAN & BLAINE, PC
19900 MACARTHUR BLVD., SUITE 1200
IRVINE, CALIFORNIA 92612
TELEPHONE: (714) 241-4444
www.callahan-law.com

Pursuant to Civil Local Rule 7-3, no conference of counsel is necessary because Plaintiff is moving for a temporary restraining order and preliminary injunction. Pursuant to Civil Local Rule 7-19.1, Plaintiff's counsel provided notice of this ex parte application to Defendant's counsel, Deborah A. Hedley of Fisher & Phillips LLP, on the morning of May 1, 2026.  Plaintiff's counsel first placed a phone call to Defendant's counsel at 9:37am PT, but was unable to make contact. Plaintiff's counsel then sent an email to Defendant's counsel with all the necessary details related to the application, as set forth in the supporting declaration of Briana Falcon, Esq.  As of the date of filing, Counsel for Defendant has not responded to indicate whether Defendant opposes the application and requests an opportunity to be heard. Plaintiff's counsel also sent two cease and desist letters to Defendant on April 28, 2026, both of which expressly warned that suit and emergency injunctive relief would follow if Defendant did not comply. The follow-up letter set an accelerated compliance deadline of 5:00 PM ET on April 29, 2026. That deadline has passed without 'compliance. On April 29, 2026, Defendant's counsel at Fisher & Phillips responded by letter disputing FFP's claims but not offering to cease use of the infringing name. A Declaration of Briana R. Falcon detailing these notice efforts, attaching all correspondence, and certifying compliance with Rule 65(b)(1)(B) and L.R. 7-19.1 is submitted herewith.

Plaintiff's lead and local counsel will be available and prepared to address the matter in person as directed by the Court.

CALLAHAN & BLAINE, PC
19900 MACARTHUR BLVD., SUITE 1200
IRVINE, CALIFORNIA 92612
TELEPHONE: (714) 241-4444
www.callahan-law.com

- 6 -

EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AS TO INJUNCTIVE RELIEF AND ORDER TO SHOW CAUSE

Dated:  May 1, 2026

**ARNALL GOLDEN GREGORY LLP**
Attorneys for Plaintiff

**CALLAHAN & BLAINE, PC**
Local Counsel for FOCUS FINANCIAL PARTNERS, LLC

By: _____

Javier Van Oordt
Jason P. Casero
Attorneys for Plaintiff FOCUS FINANCIAL PARTNERS, LLC

CALLAHAN & BLAINE, PC
19900 MACARTHUR BLVD., SUITE 1200
IRVINE, CALIFORNIA 92612
TELEPHONE: (714) 241-4444
www.callahan-law.com

- 7 -

EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AS TO INJUNCTIVE RELIEF AND ORDER TO SHOW CAUSE