**ARNALL GOLDEN GREGORY LLP**
Briana R. Falcon (*Pro Hac Vice* Forthcoming)
briana.falcon@agg.com
Thomas J. Caulfield (*Pro Hac Vice* Forthcoming)
thomas.caulfield@agg.com

2100 Pennsylvania Avenue, NW
Suite 350S
Washington, D.C. 20037
Phone: (202) 677-4052

Scott E. Taylor (*Pro Hac Vice* Forthcoming)
scott.taylor@agg.com
Avery E. Carter (*Pro Hac Vice* Forthcoming)
mailto:avery.carter@agg.com

171 17th Street NW
Suite 2100
Atlanta, Georgia 30363
Phone: (404) 873-7030

**CALLAHAN & BLAINE, PC**
Javier Van Oordt (SBN 184879)
jvo@callahan-law.com
Jason Casero (SBN 263933)
jcasero@callahan-law.com
19900 MacArthur Blvd., Suite 1200
Irvine, California 92612
Phone: (714) 241-4444

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOCUS FINANCIAL PARTNERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MOSAIC VALUE PARTNERS, LLC <br><br> Defendant. | **Case No.:** 8:26-cv-01050-JWH-KES <br><br> **DECLARATION OF BRIANA R. FALCON IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED AGAINST DEFENDANT MOSAIC VALUE PARTNERS, LLC** |

DECLARATION OF BRIANA R. FALCON

ARNALL GOLDEN GREGORY LLP
2100 PENNSYLVANIA AVENUE, NW, SUITE 350S
WASHINGTON, DC 20037
TELEPHONE: (202) 677.4030
WWW.AGG.COM

ARNALL GOLDEN GREGORY LLP

2100 PENNSYLVANIA AVENUE, NW, SUITE 350S
WASHINGTON, DC 20037
TELEPHONE: (202) 677.4030
WWW.AGG.COM

I, Briana R. Falcon, hereby declare and state that:

1.    I am over 18 years of age, have personal knowledge of all the following facts, and if called as a witness, I would competently testify thereto as follows

2.    I am Of Counsel at the law firm of Arnall Golden Gregory LLP. I am admitted to practice law and in good standing with the District of Columbia Bar and the Texas Bar. My office is located at 2100 Pennsylvania Avenue, NW, Suite 350S, Washington, D.C. 20037. I am counsel of record for Plaintiff Focus Financial Partners, LLC ("FFP") in this action.

## TRADEMARK OWNERSHIP

3.    FFP is the current owner of the following federally registered trademarks (collectively, the "Mosaic Marks"), each on the Principal Register of the United States Patent and Trademark Office, all originally owned by Mosaic Family Wealth Partners, LLC and assigned to FFP through an assignment agreement:

    a.   MOSAIC FAMILY WEALTH® (standard character mark), U.S. Registration No. 4,982,047, registered June 21, 2016 (incontestable), covering IC 036 financial and wealth management services;

    b.   MOSAIC FAMILY WEALTH® (composite mark featuring the Mosaic design element), U.S. Registration No. 5,295,541, registered September 26, 2017 (incontestable), covering IC 036 financial and wealth management services;

    c.   MOSAIC FAMILY OFFICE® (standard character mark), U.S. Registration No. 7,213,872, registered November 7, 2023, covering IC 036 financial and wealth management services.

4.    FFP also has a pending application for MOSAIC WEALTH, U.S. Serial No. 98/503,249, covering IC 036 financial and wealth management services, which has been published for opposition, received a Notice of Allowance, and for which a Statement of Use has been submitted.

5.    True and correct copies of the TSDR status reports and registration

- 1 -

DECLARATION OF BRIANA R. FALCON

certificates for each of the Mosaic Marks are attached hereto as **Exhibit A**.

## FORMATION OF MOSAIC VALUE PARTNERS, LLC

6.      According to publicly available records maintained by the California Secretary of State (Entity No. B20260167342), Mosaic Value Partners, LLC was filed on April 7, 2026, as a California Limited Liability Company with a status of "Active" and in "Good" standing. The entity's principal address is listed as 120 Vantis Drive, Suite 300, Aliso Viejo, CA 92677, and its registered agent is Patrick J. Burns, 9229 W. Sunset Blvd., Ste. 520, West Hollywood, CA 90069. A true and correct copy of this filing is attached hereto as **Exhibit B.**

## CEASE-AND-DESIST LETTERS

7.      On April 28, 2026, I sent a written cease-and-desist letter on behalf of FFP and Mosaic to Mosaic Value Partners, LLC. A true and correct copy of this letter is attached hereto as **Exhibit C.**

8.      Also on April 28, 2026, I sent a follow-up cease-and-desist letter to the same recipients. A true and correct copy of the follow-up letter is attached hereto as **Exhibit D**.

9.      On April 29, 2026, counsel for Defendant, Deborah A. Hedley of Fisher & Phillips LLP, responded to the cease-and-desist letters. Defendant's counsel disputed the merits of FFP's trademark claims. A true and correct copy of this letter is attached hereto as **Exhibit E**.

10.      I provided notice of the TRO application to Defendant's counsel, Deborah A. Hedley of Fisher & Phillips LLP, on May 1, 2026.  I first attempted to reach her at 9:37 am PT at the following number:  (818) 230-4262.  I then sent her an email advising her that Plaintiff would be filing the TRO application, and seeking an order to show cause.  A true and correct copy of that email is attached hereto as **Exhibit F**.  As of the date and time of filing, Defendant's counsel has not responded to advise if Defendant opposes the application and requests an opportunity to be heard.

- 2 -

DECLARATION OF BRIANA R. FALCON

ARNALL GOLDEN GREGORY LLP

2100 PENNSYLVANIA AVENUE, NW, SUITE 350S
WASHINGTON, DC 20037
TELEPHONE: (202) 677.4030
WWW.AGG.COM

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed:  May 1, 2026

By: _____

Briana R. Falcon

DECLARATION OF BRIANA R. FALCON