# EXHIBIT B

# Business Search

*Access records for California Corporations, Limited Liability Companies (LLCs), and Limited Partnerships (LPs). Quickly retrieve public filings with free PDF copies of over **17 million** business documents.*

## Filing a Statement of Information, Amendment, or Termination & Ordering Certified Copies or Certificates

1. *Create a **biz**file online account or login to your existing **biz**file Online account.*
2. *Navigate back to the Search page, then locate and select the entity using the search tool below.*
3. *Click **File Amendment** or **File Statement of Information** or **Request Certificate** in the right-hand detail drawer.*

Skip to main content
4. *Complete your request online*

---

**California**
*Secretary of State*

Business    UCC

Login

⌂ Home

🔍 Search

📑 Forms

❓ Help

***requests**, see the Account Access Guide.*

### What's Included in Search

- **Corporations, Limited Liability Companies (LLCs), Limited Partnerships (LPs), and Nonprofit Corporations**.
- PDF copies of recent **Statements of Information** and other filings.
- Distinguishable entity names to be checked for name availability.

Search does not cover Limited Liability Partnerships (LLPs) or General Partnerships (GPs). To obtain copies of Limited Liability Partnership (LLP) or General Partnership (GP) filings, submit the paper Business Entity Records Order Form.

### Search Tips

- Search by **entity name** or **entity number** (remove "C" from number).
- Performs a "keyword" search.
- Results limited to the **500 closest matches**.
- Advanced Search
  - Use for **Publicly Traded Disclosure** Search.
  - **Refine search** by specific entity type or grouping (e.g., Nonprofit Mutual Benefit Corporation or All Corporations), entity status, and/or Initial Filing Date range.
  - **Begins with** filter for refined queries.
  - View **more than the 500 default** results.

### Important Notes

- **Disclaimer:** All information provided "as is." The data provided is not a complete or certified record. The California Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information provided.
- **Need help?** For more information, select Forms on the menu, view the Help Guide or Video Library. To contact the California Secretary of State's office, view the Contact Information.



mosaic value    🔍

Advanced ⌄

Results: 1

| Entity Information ⇅ | Initial Filing Date ⇅ | Status ⇅ | Entity Type ⇅ | Formed In ⇅ | Agent ⇅ |
|---|---|---|---|---|---|
| **MOSAIC VALUE PARTNERS, LLC** (B20260167342) ❯ | 04/07/2026 | Active | Limited Liability Company - CA | CALIFORNIA | PATRICK J BURNS |

**MOSAIC VALUE PARTNERS, LLC** (B20260167342)    ✕


Request Certificate

| | |
|---|---|
| *Initial Filing Date* | 04/07/2026 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | CALIFORNIA |
| *Entity Type* | Limited Liability Company - CA |
| *Principal Address* | 120 VANTIS DRIVE SUITE 300 ALISO VIEJO, CA 92677 |
| *Mailing Address* | 120 VANTIS DRIVE SUITE 300 ALISO VIEJO,CA92565 |
| *Statement of Info Due Date* | 04/30/2028 |
| *Agent* | Individual PATRICK J BURNS 9229 W SUNSET BLVD STE 520 WEST HOLLYWOOD, CA 90069 |


View History


Request Access