# EXHIBIT D



2100 Pennsylvania Avenue NW
Suite 350S
Washington, D.C. 20037
Direct Phone: 202.677.4052
Email: briana.falcon@agg.com

April 28, 2026

**<u>Via Electronic Mail and Federal Express</u>**

Mr. John Buckingham
buckytps@aol.com

Mr. Jason Clark
smokehousebacon@gmail.com

Mr. Christopher Quigley
cquigley@outlook.com

Mosaic Value Partners, LLC
120 Vantis Drive
 Suite 300
Aliso Viejo, CA 92677

With copy to:
Patrick J. Burns
pburns@pjblawoffice.com

9229 W Sunset Blvd
Ste 520
West Hollywood, CA  90069

**Re: Immediate Cease and Desist – Trademark Infringement**

Dear Messrs. Buckingham, Clark, and Quigley:

   We write as a follow up to our letter sent earlier today on behalf of our client, Focus Financial Partners, LLC ("FFP"), and its network firm Mosaic Family Wealth Partners, LLC ("Mosaic"), demanding that you immediately cease and desist from all use of the name "Mosaic Value Partners" and any other mark, trade name, domain name, social media handle, or designation incorporating the word "Mosaic" or otherwise confusingly similar to Mosaic's federally registered trademarks (the "Mosaic Marks").

April 28, 2026
Page 2

We write again now because the urgency of this matter has intensified significantly. Since the issuance of our initial demand, widespread media coverage of your launch of "Mosaic Value Partners" has appeared across multiple prominent financial industry publications and news outlets, including the following:

- GlobeNewsWire: "Mariner Independent Launches $1.3B Mosaic Value Partners as Advisors Reestablish Independence and Expand Growth Strategy" (https://www.globenewswire.com/news-release/2026/04/28/3282848/0/en/mariner-independent-launches-1-3b-mosaic-value-partners-as-advisors-reestablish-independence-and-expand-growth-strategy.html);

- Mariner Wealth Advisors Newsroom: "Mariner Independent Launches $1.3B Mosaic Value Partners as Advisors Reestablish Independence and Expand Growth Strategy" (https://www.marinerwealthadvisors.com/newsroom/2026/04/28/mariner-independent-launches-1-3b-mosaic-value-partners-as-advisors-reestablish-independence-and-expand-growth-strategy/);

- Financial Advisor Magazine: "Mariner Adds $1.3B California Firm to Independent Platform" (https://www.fa-mag.com/news/-mariner-adds--1-3b-california-firm-to-independent-platform-86792.html);

- InvestmentNews: "RIA Moves: Mariner Independent Debuts $1.3B Firm Led by Ex-Focus Trio" (https://www.investmentnews.com/ria-news/ria-moves-mariner-independent-debuts-13b-firm-led-by-ex-focus-trio/266338).

This media coverage dramatically compounds the harm to Mosaic and FFP. Each publication disseminates the infringing "Mosaic Value Partners" name to a national audience of financial advisors, investors, and consumers, deepening the likelihood of confusion between your firm and Mosaic's well-established brand.  Mosaic has used the Mosaic Marks continuously in connection with wealth management and financial services for more than a decade, manages approximately $1.6 billion in client assets, and has cultivated widespread consumer recognition and substantial goodwill in the marketplace. Several of Mosaic's federal registrations are incontestable under 15 U.S.C. § 1115(b), providing conclusive evidence of Mosaic's exclusive rights.  Every additional day that you continue to operate under the "Mosaic Value Partners" name, and every additional news article that propagates that name, inflicts further irreparable injury on Mosaic's brand, reputation, and goodwill.

In light of this escalating and now very public infringement, we reiterate and renew all demands set forth in our earlier letter of today's date. Specifically, FFP and Mosaic demand that you:

1. Immediately cease and desist from any and all use of the name "Mosaic Value Partners" and any other mark, trade name, domain name, social media handle, or designation incorporating the word "Mosaic" or otherwise confusingly similar to the Mosaic Marks;
2. Refrain from filing any application with the United States Patent and Trademark Office for any mark incorporating "Mosaic" or any term confusingly similar to the Mosaic Marks;
3. File the necessary documents with the California Secretary of State to amend the "Mosaic Value Partners, LLC" entity name and provide Mosaic with written confirmation of the same;
4. Confirm in writing that you will not adopt or use any mark, name, or designation confusingly similar to Mosaic's marks in connection with financial services or any related business; and
5. Take immediate steps to cause the retraction or correction of any press releases, media statements, or public announcements referencing the "Mosaic Value Partners" name.

**If we do not receive written confirmation of your intent to comply with these demands by 5 pm ET on April 29, 2026, we are prepared to immediately file suit and seek emergency injunctive relief, including a temporary restraining order, to halt your continued infringement.** In addition, we will pursue all available remedies under the Lanham Act, 15 U.S.C. §§ 1114 and 1125(a), and applicable state law, including monetary damages, disgorgement of profits, treble damages, and recovery of attorneys' fees.

Given the extensive and growing public dissemination of the infringing mark, the irreparable harm to FFP and Mosaic is manifest and ongoing. Courts routinely grant injunctive relief in trademark cases where, as here, the marks are virtually identical, the services are identical, the senior user holds incontestable federal registrations, and the junior user had actual knowledge of the senior user's marks. We are confident that we will satisfy the requirements for emergency relief, and we strongly urge you to resolve this matter voluntarily before litigation becomes necessary.

Nothing in this letter or our prior correspondence constitutes a complete statement of Mosaic's or FFP's rights, claims, or remedies, all of which are expressly reserved.

Sincerely,

Briana R. Falcon

**ARNALL GOLDEN GREGORY LLP**