# EXHIBIT E



**Fisher & Phillips LLP**

**Woodland Hills**
21600 Oxnard Street
Suite 700
Woodland Hills, CA  91367

(818) 230-4250 Tel
(818) 230-4251 Fax

**Writer's Direct Dial:**
(818) 230-4262

**Writer's E-mail:**
dahedley@fisherphillips.com

April 29, 2026

***Via Email (Briana.Falcon@AGG.com)***

Briana R. Falcon
Arnall Golden Gregory LLP
2100 Pennsylvania Ave. NW
Suite 350S
Washington, D.C. 20037

**Re:    Focus Financial Partners, LLC**

Ms. Falcon:

We represent John Buckingham, Jason Clark, Christopher Quigley, and Mosaic Value Partners, LLC. We write in response to your first April 28, 2026 correspondence ("Letter 1") and your second April 28, 2026 correspondence ("Letter 2").

### 1.  Professional Matters

At the outset, you were aware that Mr. Buckingham, Mr. Clark, and Mr. Quigley were represented by Patrick J. Burns, Esq. Indeed, you copied Mr. Burns on Letter 1 and Letter 2. Indeed, the other law firm representing Focus Partners Wealth, LLC had already sent two communications to Mr. Burns before you sent Letter 1. We do not need to remind you about direct communication with represented individuals. Out of an abundance of caution, we are now representing Mr. Buckingham, Mr. Clark, and Mr. Quigley with respect to this matter and advise you to direct future communications to my firm.

Second, we have reviewed the website for the California State Bar and we have also reviewed your firm's website. We see no indication that either you or Mr. Caulfield are licensed to practice law in California. Letter 1 was sent to three individuals who you know are California residents; was sent to Mosaic Value Partners, LLC at a California address; makes reference to Mosaic Value Partners' formation with the California Secretary of State; raises concerns about three California residents allegedly violating their employment agreements; and makes a demand for them to file paperwork with the California Secretary of State. There is also a vague allegation of trademark infringement and unfair competition under "state" common law.

Letter 2 was sent to three individuals who you know are California residents; to Mosaic Value Partners, LLC at a California address; and makes a demand for them to file paperwork with

Briana R. Falcon
April 29, 2026
Page 2

the California Secretary of State. There is also a vague allegation of trademark infringement and unfair competition under "state" common law.

We suggest you familiarize yourself with California Business and Professions Code 6126(a).

## 2. The Trademark Allegations

Letter 1 states "[a]s you likely know from your time at FPW, Mosaic is an independent wealth management and investment advisory firm that has operated under the 'Mosaic' family of marks since 2015". Letter 2 further provides – without citing any state-specific case law – that courts routinely grant injunctive relief in trademark cases where "the junior user had actual knowledge of the senior user's marks." There's no basis for these allegations. Mr. Buckingham, Mr. Clark, and Mr. Quigley were not affiliated with the FPW's Mosaic while they were affiliated with FPW – they were affiliated with Kovitz. Indeed, Focus has approximately 90 affiliated firms. Mr. Buckingham, Mr. Clark, and Mr. Quigley were only affiliated with Focus for about four months and did not learn the names of or interact with all of its 90 affiliated firms. They were unaware that Focus had a brand name including the term Mosaic while they were with Focus. From a practical standpoint, why would they want the purported brand and goodwill of Focus' Mosaic? They know nothing of its reputation, services, or approach to wealth management.

The focus of your letter is on the word "Mosaic," a commonly used descriptive word in the English language. Indeed, the SEC's Investment Adviser Public Disclosure site identifies many other firms that use the term "Mosaic," including:

- Mosaic Advisors
- Mosaic FI LLC
- Mosaic ATS, LLC
- Mosaic ETA LLC
- Investors Mosaic
- Mosaic Capital Inc.
- Mosaic Capital Partners LLC
- Mosaic Wealth Management, L.L.C.
- Mosaic Wealth Strategies, LLC
- Mosaic Wealth Management, LLC
- Mosaic Wealth Consultants, Inc.
- The Mosaic Financial Group, LLC
- Mosaic General Partners, LLC

Indeed, Mosaic Wealth Management LLC's SEC approval just became effective in March 2026 – purportedly years after your client began using the Mosaic name.

We further note that "Mosaic Value Partners" does not include references to "Wealth," "Family Wealth," or "Family Office." Indeed, "Value Partners" alone does not provide any indication that the company is providing wealth management services. We note that the term Mosaic itself is a registered wordmark for other companies, and that the registered service mark

FP 63658899.1

Briana R. Falcon
April 29, 2026
Page 3


registered to your client appears to be "Mosaic Family Wealth" and not simply to the word "Mosaic."

Moreover, you cite news articles in Letter 2. The two articles that contain the word "Mosaic" refer to "Mosaic Value Partners" and not simply "Mosaic" a common descriptor to which your client does not hold a trademark.

While we disagree with the merits of your position, our clients would be willing to discuss an amicable resolution with Focus. To the extent Focus takes any legal action, we request appropriate notice and the opportunity to be heard. John Buckingham, Jason Clark, Christopher Quigley, and Mosaic Value Partners, LLC reserve all rights.

Sincerely,

Deborah A. Hedley
For FISHER & PHILLIPS LLP


DAH:ap



FP 63658899.1