# EXHIBIT F

| | |
|---|---|
| **From:** | Falcon, Briana R. |
| **To:** | "dahedley@fisherphillips.com" |
| **Cc:** | Caulfield, Thomas J. |
| **Subject:** | RE: Focus Financial Partners, LLC |
| **Attachments:** | image001.png |
| | image002.png |

Ms. Hedley,

I attempted to reach you by telephone at (818) 230-4262 at 9:37 am PT today but was unable to connect. This email serves as notice pursuant to Local Rule 7-19.1.

We are filing today in the Central District of California, Southern Division, a Complaint and an application for a temporary restraining order against your client, Mosaic Value Partners, LLC. The application seeks an order enjoining your client from using the "Mosaic Value Partners" name in connection with financial services, including on its website, social media, and in its entity name. We are also seeking an order to show cause why a preliminary injunction should not issue on the same terms.

We will email courtesy copies of all filed papers to you at this email address promptly after filing.

At your earliest convenience, please confirm:
  i. Whether your client opposes this application;
  ii. Whether you will accept service of the Complaint and TRO papers by email on behalf of Mosaic Value Partners; and
  iii. Whether your client agree to voluntarily cease use of the "Mosaic Value Partners" name pending the court's ruling.

I am available by phone at (202) 677-4052 or by email.

Thank you,
Briana

Briana R Falcon
**OF COUNSEL**

**d** 202.677.4052 | **m** 832.515.2154
**ARNALL GOLDEN GREGORY LLP**

**From:** Hedley, Deborah <dahedley@fisherphillips.com>

**Sent:** Wednesday, April 29, 2026 5:07 PM
**To:** Falcon, Briana R. <Briana.Falcon@AGG.com>
**Cc:** Caulfield, Thomas J. <Thomas.Caulfield@AGG.com>
**Subject:** [EXTERNAL] Re: Focus Financial Partners, LLC

 External email

Ms. Falcon:

Our firm was just retained by John Buckingham, Jason Clark, Christopher Quigley, and Mosaic Value Partners, LLC. We will be responding to your April 28 letters shortly. To the extent Focus takes any legal action, we request appropriate notice and the opportunity to be heard.

Best,

Deborah



**Deborah Hedley**
**Of Counsel**

**Fisher Phillips**
21600 Oxnard Street Suite 700
Woodland Hills, CA 91367

dahedley@fisherphillips.com
O: (818) 230-4262

fisherphillips.com

*This message may contain confidential and privileged information.*
*If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*