**ARNALL GOLDEN GREGORY LLP**
Briana R. Falcon (*Pro Hac Vice* Forthcoming)
briana.falcon@agg.com
Thomas J. Caulfield (*Pro Hac Vice* Forthcoming)
thomas.caulfield@agg.com

2100 Pennsylvania Avenue, NW
Suite 350S
Washington, D.C. 20037
Phone: (202) 677-4052

Scott E. Taylor (*Pro Hac Vice* Forthcoming)
scott.taylor@agg.com
Avery E. Carter (*Pro Hac Vice* Forthcoming)
mailto:avery.carter@agg.com

171 17th Street NW
Suite 2100
Atlanta, Georgia 30363
Phone: (404) 873-7030

**CALLAHAN & BLAINE, PC**
Javier Van Oordt (SBN 184879)
jvo@callahan-law.com
mailto:Jason Casero (SBN 263933)
jcasero@callahan-law.com
19900 MacArthur Blvd., Suite 1200
Irvine, California 92612
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

ARNALL GOLDEN GREGORY LLP

2100 PENNSYLVANIA AVENUE, NW, SUITE 350S
WASHINGTON, DC 20037
TELEPHONE: (202) 677.4030
WWW.AGG.COM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOCUS FINANCIAL PARTNERS, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>MOSAIC VALUE PARTNERS, LLC<br><br>               Defendant. | Case No.:  8:26-cv-01050-JWH-KES<br><br>**DECLARATION OF JASON DUBINSKY IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED AGAINST DEFENDANT MOSAIC VALUE PARTNERS, LLC** |

DECLARATION OF JASON DUBINSKY

I, Jason Dubinsky, hereby declare and state that:

1.    I am over 18 years of age, have personal knowledge of all the following facts, and if called as a witness, I would competently testify thereto as follows.

2.    I am the Chief Financial Officer of Focus Financial Partners, LLC ("FFP") and have served in this capacity since March of 2025.

3.    I have a Bachelor of Business degree from the University of Michigan and a Master of Business degree from NYU Stern School of Business.

4.    FFP is a privately-owned network of independent wealth management and other financial services firms specializing in financial planning, investment advisory, investment and wealth management, estate planning, and business management.

5.    Mosaic Family Wealth Partners, LLC ("Mosaic") is a Delaware limited liability company with its principal place of business located at 1401 South Brentwood Boulevard, Suite 630, St. Louis, MO 63144.  Mosaic is an owned and controlled network firm of FFP, providing wealth management and investment advisory services, and has operated under the "Mosaic" name and family of trademarks since 2015. Mosaic is registered with the U.S. Securities and Exchange Commission, manages approximately $1.6 billion in client assets, and serves high-net-worth individuals, families, trusts, estates, and retirement plans. On or about November 2021, Mosaic joined the FFP partnership and its network of wealth management firms.

**MOSAIC'S BUSINESS AND SERVICES**

6.    Founded in 2015, Mosaic has built a premier reputation for the values-based wealth management services it offers clients to help them with all aspects of their financial lives.

7.    Mosaic offers the full range of financial services, including investment management, financial planning, business strategy and exit planning, estate planning, insurance, and tax planning.  These services are marketed to consumers under the

- 1 -

DECLARATION

ARNALL GOLDEN GREGORY LLP

2100 PENNSYLVANIA AVENUE, NW, SUITE 350S
WASHINGTON, DC 20037
TELEPHONE: (202) 677.4030
WWW.AGG.COM

ARNALL GOLDEN GREGORY LLP

2100 PENNSYLVANIA AVENUE, NW, SUITE 350S
WASHINGTON, DC 20037
TELEPHONE: (202) 677.4030
WWW.AGG.COM

Mosaic family of marks through, among other channels, Mosaic's website at mosaicwealth.com.

8.    Mosaic has physical offices located in St. Louis, Missouri and Denver, Colorado, but provides its financial services to clients all across the United States.

9.    During more than a decade of continuous use, Mosaic has invested substantial time and resources in building and protecting its brand, cultivating widespread consumer recognition and establishing valuable goodwill in the marketplace. As a result of Mosaic's continuous marketing and provision of high-quality financial and wealth management services under the Mosaic family of marks since 2015, consumers and professionals within the financial services industry have come to identify the Mosaic marks, and the wealth management and financial advisory services sold under those marks, exclusively with the high-quality services of Mosaic.

## OWNERSHIP AND USE OF THE MOSAIC MARKS

10.    To my knowledge, Mosaic has continuously used the "Mosaic" name and variations of it — including "Mosaic Family Wealth" and "Mosaic Family Office" since 2015, and "Mosaic Wealth" since 2024 — to identify and market its financial and wealth management services to clients (collectively, the "Mosaic Marks").

11.    It is my understanding that the Mosaic Marks are federally registered trademarks on the Principal Register of the United States Patent and Trademark Office ("USPTO") for financial planning, wealth management, investment advisory, trust and estate financial administration, estate planning consultation, financial risk management consultation, and related services.

12.    In addition to promoting the Mosaic Marks and the services sold under those marks through the mosaicwealth.com website, Mosaic also promotes its trademarks and services through industry conferences, direct client outreach, professional referral networks and advertising.

- 2 -

DECLARATION

13.    As a result of Mosaic's continuous marketing and provision of services under the Mosaic Marks, consumers and professionals within the financial services industry have come to identify the Mosaic Marks, and the wealth management and financial advisory services sold under those marks, exclusively with the high-quality services of Mosaic.

### MOSAIC VALUE PARTNERS, LLC

14.    On or about April 28, 2026, I learned that John Buckingham, Jason Clark, and Christopher Quigley — all of whom were at the time employed at Focus Partners Wealth, LLC ("FPW"), a wholly owned subsidiary of FFP — formed a new financial services firm called "Mosaic Value Partners, LLC."  Their purported last day of employment with FPW was April 24, 2026. They were previously affiliated with Kovitz Investment Group, LLC, which was integrated into FPW.

15.    Defendant has been operating under the infringing name for only a matter of weeks.

16.    On April 24, 2026, Defendant commenced operations through the Mariner Independent platform. Defendant's launch of "Mosaic Value Partners" has been the subject of national media coverage across multiple financial publications, including GlobeNewsWire ("Mariner Independent Launches $1.3B Mosaic Value Partners as Advisors Reestablish Independence and Expand Growth Strategy"), the Mariner Wealth Advisors Newsroom, Financial Advisor Magazine ("Mariner Adds $1.3B California Firm to Independent Platform"), and InvestmentNews ("RIA Moves: Mariner Independent Debuts $1.3B Firm Led by Ex-Focus Trio"). True and correct copies of these articles are attached hereto as **Exhibit A**.

17.    I have personally reviewed the Mosaic Value Partners website at https://mosaicvaluepartners.com/. The website offers financial advisory and wealth management services — the same types of services Mosaic has been providing under our name since 2015. True and correct copies of screenshots taken from the website are attached hereto as **Exhibit B**.

ARNALL GOLDEN GREGORY LLP

2100 PENNSYLVANIA AVENUE, NW, SUITE 350S
WASHINGTON, DC 20037
TELEPHONE: (202) 677.4030
WWW.AGG.COM

- 3 -

DECLARATION

18. Specifically, the website promotes the following services: wealth management advisory services; investment management and portfolio management services; financial planning services; retirement planning services; estate planning services; tax planning and advisory services; insurance advisory services; and alternative investment advisory services. These are the same services or are highly related to the services Mosaic provides to its clients.

19. Mosaic Value Partners serves the same types of clients and operates in the same exact industry as Mosaic.

20. Based on my knowledge of Mosaic's business, its clients, and its reputation in the financial services industry, I believe that people who come across the name "Mosaic Value Partners" in connection with financial advisory and wealth management services would likely think that firm is connected to, or affiliated with, Mosaic or FFP.

## HARM

21. On or about April 29, 2026, Mosaic Family Wealth Partners, LLC executed an assignment of its entire interest in and goodwill associated with the Mosaic Marks to Focus Financial Partners, LLC. The assignment was formally recorded with the USPTO on April 30, 2026, under Assignment ID 1773807. A true and correct copy of the assignment and recordation is attached hereto as **Exhibit C**.

22. Defendant's unauthorized use of the "Mosaic Value Partners" name has caused, and continues to cause, significant harm to Mosaic's brand, reputation, and goodwill. Mosaic has invested substantial time and resources in building and protecting its brand over more than a decade of continuous use, cultivating widespread consumer recognition and establishing valuable goodwill in the marketplace.

ARNALL GOLDEN GREGORY LLP
2100 PENNSYLVANIA AVENUE, NW, SUITE 350S
WASHINGTON, DC 20037
TELEPHONE: (202) 677.4030
WWW.AGG.COM

- 4 -

DECLARATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed:  May 1, 2026

By: _____

Jason Dubinsky

ARNALL GOLDEN GREGORY LLP

2100 PENNSYLVANIA AVENUE, NW, SUITE 350S
WASHINGTON, DC 20037
TELEPHONE: (202) 677.4030
WWW.AGG.COM

- 5 -

DECLARATION