# EXHIBIT C

## TRADEMARK  ASSIGNMENT  DRAFT COVER SHEET

Electronic Version v1.1

Assignment ID: 1773807

Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | Assignment of the entire interest and the goodwill |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Mosaic Family Wealth Partners , LLC | | 04/29/2026 | Limited Liability Company : DELAWARE |

**RECEIVING PARTY DATA**

| | |
|---|---|
| **Name:** | Focus Financial Partners , LLC |
| **Street Address:** | 1325 Avenue of the Americas , 11th Floor |
| **City:** | New York |
| **State/Country:** | NEW YORK, UNITED STATES |
| **Postal Code:** | 10019 |
| **Email:** | tmclients @agg .com |
| **Entity Type:** | Limited Liability Company : DELAWARE |

**PROPERTIES NUMBERS Total: 5**

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 86754691 | MOSAIC FAMILY WEALTH |
| Serial Number: | 90756129 | MOSAIC FAMILY OFFICE |
| Serial Number: | 87330650 | |
| Serial Number: | 87330527 | MOSAIC FAMILY WEALTH |
| Serial Number: | 98503249 | MOSAIC WEALTH |

## CORRESPONDENCE DATA

**Fax Number:**

**Phone Number:**    (202)677-4941

**Email:**    thomas.caulfield@agg.com

*Correspondence will be sent to the email address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

**Correspondent Name:**    Thomas James Caulfield III

**Address Line 1:**    2100 Pennsylvania Avenue NW

**Address Line 2:**    Suite 350S

**City**    Washington

**State**    DISTRICT OF COLUMBIA

**Country/Postal:**    UNITED STATES, 20037

**Docket number:**    44804.8

**Total Attachments : 1**

source =Mosaic  to  FFP TM Assignment   final  signed .pdf

---

**RECEIPT INFORMATION**

**Assignment ID:**            1773807

**Fee Amount:**            $ 140

EXECUTION COPY

## TRADEMARK ASSIGNMENT AGREEMENT

This TRADEMARK ASSIGNMENT AGREEMENT (this "**Trademark Assignment**") is made as of April 29, 2026, by MOSAIC FAMILY WEALTH PARTNERS, LLC, a Delaware limited liability company (the "**Assignor**"), in favor of FOCUS FINANCIAL PARTNERS, LLC, a Delaware limited liability company (the "**Assignee**"), having a place of business at 1325 Avenue of the Americas, 11th Floor, New York, New York 10019.

## RECITALS

**WHEREAS**, the Assignor agrees to convey, transfer and assign to the Assignee certain trademarks of the Assignor, and has agreed to execute and deliver this Trademark Assignment for recording with the US Patent and Trademark Office ("**USPTO**").

**NOW, THEREFORE**, in consideration of the foregoing and the mutual representations, warranties, covenants and agreements set forth herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and intending to be legally bound hereby, the parties hereto agree as follows:

 **Section 1.**    **Assignment.**  The Assignor hereby irrevocably conveys, transfers and assigns to the Assignee all of the Assignor's right, title and interest in and to the trademarks/service marks, trademark/service mark registrations and trademark/service mark applications set forth on Schedule 1 hereto, as well as any and all claims and causes of action with respect to any of the foregoing, whether accruing before, on or after the date hereof, including all rights to and claims for damages, restitution and injunctive and other legal and equitable relief for past, present and future infringement, dilution, misappropriation, violation, misuse, breach or default, with the right but no obligation to sue for such legal and equitable relief and to collect, or otherwise recover, any such damages (collectively, the "**Assigned Trademarks**"), together with the goodwill of the business connected with the use of, and symbolized by, the Assigned Trademarks.

 **Section 2.**    **Recordation and Further Actions.**  The Assignor authorizes the Commissioner for Trademarks of the USPTO and any other national, federal and state government officials to record and register this Trademark Assignment upon request by the Assignee. The Assignor shall execute any and all documents and take all other further actions as reasonably requested by the Assignee to transfer ownership of the Assigned Trademarks including transfers and related powers of attorney.

 **Section 3.**    **Representations and Warranties.**  The Assignor represents and warrants to the Assignee that:

(a) the Assignor is the sole and exclusive owner of all right, title, and interest in and to the Assigned Trademarks;

(b) the Assigned Trademarks are valid, subsisting, and enforceable and have not been abandoned, cancelled, or expired; and

(d) the Assignor has the full right, power, and authority to execute and deliver this

{439705v2}

Trademark Assignment and to consummate the transactions contemplated hereby.

**Section 4.    Notices.**  All notices and other communications hereunder shall be in writing and shall be deemed duly given upon (a) personal delivery, (b) one (1) business day after deposit with a nationally recognized overnight courier, or (c) three (3) business days after deposit in the United States mail, registered or certified, return receipt requested, postage prepaid, addressed to the applicable party at its address set forth in the preamble to this Trademark Assignment, or to such other address as a party may designate by written notice to the other party.

**Section 5.    Interpretation; Headings.**  For purposes of this Trademark Assignment, (a) the words "include," "includes" and "including" shall be deemed to be followed by the words "without limitation"; (b) the word "or" is not exclusive; and (c) the words "herein," "hereof," "hereby," "hereto" and "hereunder" refer to this Trademark Assignment as a whole, except where the context requires otherwise. This Trademark Assignment shall be construed without regard to any presumption or rule requiring construction or interpretation against the party drafting an instrument or causing any instrument to be drafted. The headings in this Trademark Assignment are for reference purposes only and shall not affect the interpretation of this Trademark Assignment.

**Section 6.    Severability.**  Any term or provision of this Trademark Assignment that is held by a court of competent jurisdiction or other authority to be invalid, void or unenforceable in any situation in any jurisdiction shall not affect the validity or enforceability of the remaining terms and provisions hereof or the validity or enforceability of the offending term or provision in any other situation or in any other jurisdiction. If the final judgment of a court of competent jurisdiction or other authority declares that any term or provision hereof is invalid, void or unenforceable, the parties agree that the court making such determination shall have the power to reduce the scope, duration, area or applicability of the term or provision, to delete specific words or phrases, or to replace any invalid, void or unenforceable term or provision with a term or provision that is valid and enforceable and that comes closest to expressing the intention of the invalid or unenforceable term or provision.

**Section 7.    Entire Agreement; No Third Party Beneficiaries.**    This Trademark Assignment, including Schedule 1 hereto, which is incorporated herein by reference and made a part hereof, (a) constitutes the entire agreement and supersedes all prior agreements and understandings, both written and oral, among the parties with respect to the subject matter hereof and (b) is not intended to confer upon any person other than the parties hereto any rights or remedies hereunder and shall have no third party beneficiaries.

**Section 8.    Amendment; Waiver.**  This Trademark Assignment may be amended, modified and supplemented in any and all respects, but only by a written instrument signed by all of the parties hereto expressly stating that such instrument is intended to amend, modify or supplement this Trademark Assignment.

**Section 9.    Governing Law.**    This Trademark Assignment shall be governed by and construed in accordance with the internal laws of the State of New York without regard for any conflict of law rules or principles that would require the application of the laws of any other jurisdiction.   The parties hereby irrevocably submit to the jurisdiction of any state court or

2

federal court in the County of New York, State of New York, in any suit, action or proceeding arising out of or relating to this Trademark Assignment.

**Section 10.  Specific Performance.**  The parties agree that irreparable damage would occur if any provision of this Trademark Assignment were not performed in accordance with the terms hereof and that the parties shall be entitled to specific performance of the terms hereof, in addition to any other remedy to which they are entitled at law or in equity.

**Section 11.  Successors and Assigns.**  This Trademark Assignment shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

**Section 12.  Counterparts.**  This Trademark Assignment may be executed in one or more counterparts, including by facsimile signature, portable document format (.pdf) signature or similar electronic signature delivery, all of which shall be considered originals and taken together shall constitute one and the same Trademark Assignment and shall become effective when counterparts have been signed by each of the parties and delivered to the other parties.

*Signature Pages Follow.*

3

{439705v2}

IN WITNESS WHEREOF, the parties hereto have executed this Trademark Assignment as of the date first above written.

ASSGINEE:

**Focus Financial Partners, LLC**

By: _Gregory M. Woods_
    Gregory M. Woods (Apr 29, 2026 18:01:29 EDT)

Name:    Gregory M. Woods
Title:    General Counsel

*Signatures Continue on Next Page.*

**ASSIGNOR:**

**Mosaic Family Wealth Partners, LLC**

By: _Gregory M. Woods_
Gregory M. Woods (Apr 29, 2026 18:01:29 EDT)

Name:    Gregory M. Woods
Title:    Authorized Person

**Schedule 1**

**Assigned Trademarks**

| Description | Serial # | Filing Date | Reg. No. | Registration Date |
|---|---|---|---|---|
| MOSAIC FAMILY WEALTH | 86/754,691 | 2015-09-11 | 4,982,047 | 2016-06-21 |
| MOSAIC FAMILY OFFICE | 90/756,129 | 2021-06-04 | 7,213,872 | 2023-11-07 |
| | 87/330,650 | 2017-02-09 | 5,280,798 | 2017-09-05 |
| | 87/330,527 | 2017-02-09 | 5,295,541 | 2017-09-26 |
| MOSAIC WEALTH | 98/503,249 | 2024-04-16 | - | - |