

# Supreme Court
# State of Georgia

### NATHAN DEAL JUDICIAL CENTER

## Atlanta 30334

May 1, 2026

I hereby certify that Scott Ernest Taylor, Esq., was admitted on the 20th day of September, 1990, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court

hereto affixed the day and year first above written.



_____ , Clerk