**Name and address:**
**CALLAHAN & BLAINE, PC**
**Jason P. Casero, Esq. (Bar No.: 263933)**
**19900 MacArthur Blvd., Suite 1200**
**Irvine, CA 92612**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**FOCUS FINANCIAL PARTNERS, LLC,**

v.                                              Plaintiff(s)

**MOSAIC VALUE PARTNERS, LLC**

Defendant(s).

CASE NUMBER

**8:26-cv-01050-JWH-KES**

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

**Taylor, Scott E.**                              of

*Applicant's Name (Last Name, First Name & Middle Initial)*

**(404) 873-8728**

*Telephone Number*          *Fax Number*

**scott.taylor@agg.com**

*E-Mail Address*

**Arnall Golden Gregory LLP**
**171 17th Street, N.W., Suite 2100**
**Atlanta, Georgia 30363**

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
**Focus Financial Partners, LLC**

*Name(s) of Party(ies) Represented*          ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

**Casero, Jason P.**                              of

*Designee's Name (Last Name, First Name & Middle Initial)*

**263933**          **(714) 844-0934**          **(714) 241-4445**

*Designee's Cal. Bar No.*     *Telephone Number*          *Fax Number*

**jcasero@callahan-law.com**

*E-Mail Address*

**Callahan & Blaine, PC**
**19900 MacArthur Blvd., Suite 1200**
**Irvine, California 92612**

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

　　　　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

　　　　　☐ for failure to complete Application: _____

　　　　　☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

　　　　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

　　　　　☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**