**ARNALL GOLDEN GREGORY LLP**
Briana R. Falcon (*Pro Hac Vice* Forthcoming)
briana.falcon@agg.com
Thomas J. Caulfield (*Pro Hac Vice* Forthcoming)
thomas.caulfield@agg.com
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, D.C. 20037
Phone: (202) 677-4052

Scott E. Taylor (*Pro Hac Vice* Forthcoming)
scott.taylor@agg.com
Avery E. Carter (*Pro Hac Vice* Forthcoming)
mailto:avery.carter@agg.com
171 17th Street NW
Suite 2100
Atlanta, Georgia 30363
Phone: (404) 873-7030
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, D.C. 20037
Phone: (202) 677-4052

**CALLAHAN & BLAINE, PC**
Javier Van Oordt (Bar No. 184879)
jvo@callahan-law.com
Jason P. Casero (Bar No. 263933)
jcasero@callahan-law.com
19900 MacArthur Blvd., Suite 1200
Irvine, California 92612
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Plaintiff FOCUS
FINANCIAL PARTNERS, LLC

CALLAHAN & BLAINE, PC
19900 MACARTHUR BLVD., SUITE 1200
IRVINE, CALIFORNIA 92612
TELEPHONE: (714) 241-4444
www.callahan-law.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOCUS FINANCIAL PARTNERS, LLC, | CASE NO. 8:26-cv-01050-JWH-KES |
| Plaintiff, | Honorable John W. Holcomb |
| v. | **DECLARATION OF JASON CASERO IN SUPPORT OF PLAINTIFF'S PROOF OF SERVICE** |
| MOSAIC VALUE PARTNERS, LLC, | |
| Defendant. | |

- 1 -

DECLARATION OF JASON CASERO IN SUPPORT OF PLAINTIFF'S PROOF OF
SERVICE

I, Jason P. Casero, declare as follows:

1.    I am an attorney at Callahan & Blaine, PC and local counsel for Plaintiff Focus Financial Partners, LLC ("FFP") in this action. I am a member of the Bar of the United States District Court for the Central District of California. I submit this declaration in support of Plaintiff's Proof of Service of Notice pursuant to the Court's Scheduling Notice and Order dated May 4, 2026 [ECF No. 19]. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.    Attached hereto is the Declaration of Briana R. Falcon, lead counsel for Plaintiff, which sets forth in detail the notice efforts undertaken by Plaintiff's counsel to provide Defendant and its counsel with notice of the Ex Parte Application, the Scheduling Order, the hearing date and time, and the deadline for Defendant's response.

3.    On May 4, 2026, I caused to be electronically filed the Declaration of Briana R. Falcon, together with its exhibits, and this Declaration via the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed:  May 4, 2026

By: _____
Jason P. Casero

CALLAHAN & BLAINE, PC
19900 MACARTHUR BLVD., SUITE 1200
IRVINE, CALIFORNIA 92612
TELEPHONE: (714) 241-4444
www.callahan-law.com

- 2 -

DECLARATION OF JASON CASERO IN SUPPORT OF PLAINTIFF'S PROOF OF SERVICE