**ARNALL GOLDEN GREGORY LLP**
Briana R. Falcon (*Pro Hac Vice* Forthcoming)
briana.falcon@agg.com
Thomas J. Caulfield (*Pro Hac Vice* Forthcoming)
thomas.caulfield@agg.com
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, D.C. 20037
Phone: (202) 677-4052

Scott E. Taylor (*Pro Hac Vice* Forthcoming)
scott.taylor@agg.com
Avery E. Carter (*Pro Hac Vice* Forthcoming)
mailto:avery.carter@agg.com
171 17th Street NW
Suite 2100
Atlanta, Georgia 30363
Phone: (404) 873-7030
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, D.C. 20037
Phone: (202) 677-4052

**CALLAHAN & BLAINE, PC**
Javier Van Oordt (Bar No. 184879)
jvo@callahan-law.com
Jason P. Casero (Bar No. 263933)
jcasero@callahan-law.com
19900 MacArthur Blvd., Suite 1200
Irvine, California 92612
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Plaintiff FOCUS
FINANCIAL PARTNERS, LLC

*Left margin vertical text:* CALLAHAN & BLAINE, PC — 19900 MACARTHUR BLVD., SUITE 1200 — IRVINE, CALIFORNIA 92612 — TELEPHONE: (714) 241-4444 — www.callahan-law.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOCUS FINANCIAL PARTNERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MOSAIC VALUE PARTNERS, LLC, <br><br> Defendant. | CASE NO. 8:26-cv-01050-JWH-KES <br><br> Honorable John W. Holcomb <br><br> **DECLARATION OF BRIANA R. FALCON IN SUPPORT OF PLAINTIFF'S PROOF OF SERVICE** |

- 1 -

DECLARATION OF BRIANA FALCON IN SUPPORT OF PROOF OF SERVICE

I, Briana R. Falcon, declare as follows:

1.      I am an attorney at Arnall Golden Gregory LLP and lead counsel for Plaintiff Focus Financial Partners, LLC ("FFP") in this action. I submit this declaration in compliance with the Court's Scheduling Notice and Order dated May 4, 2024 [ECF No. 19], which directs Plaintiff to give notice to Defendant and its counsel of the Ex Parte Application for Temporary Restraining Order [ECF No. 14], the date and time of the hearing, and the deadline for Defendant's response, and to file a detailed Proof of Service of such notice no later than 5:00 pm on May 4, 2026. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

### NOTICE OF SCHEDULING ORDER

2.      On May 4, 2026, upon receiving the Court's Scheduling Notice and Order [ECF No. 19], I took the following steps to provide notice to Defendant's counsel:

a. **Email**: At 11:38 am PT on May 4, 2026, I sent an email to Ms. Hedley at dahedley@fisherphillips.com advising of the Court's Scheduling Order, attaching a copy of the same, and providing notice of: (i) the hearing date of May 8, 2026, at 10:00 am; (ii) the requirement that counsel appear in person in Courtroom 9D, Ronald Reagan Federal Building and U.S. Courthouse, 411 W. Fourth Street, Santa Ana, California; (iii) the deadline for Defendant's response of May 6, 2026; and (iv) the deadline for Plaintiff's reply of May 7, 2026 at 4:00 pm. A true and correct copy of this email is attached hereto as **Exhibit A**.

b. **Telephone**: I called Ms. Hedley at (818) 230-4262 at 11:55 am PT on May 4, 2026. I was unable to reach Ms. Hedley and left a voicemail advising of the hearing date of May 8, 2026, at 10:00 am in Courtroom 9D, the deadline for Defendant's response of May 6, 2026, and the deadline for Plaintiff's reply of May 7, 2026 at 4:00 pm.

- 2 -

DECLARATION OF BRIANA FALCON IN SUPPORT OF PROOF OF SERVICE

CALLAHAN & BLAINE, PC
19900 MACARTHUR BLVD., SUITE 1200
IRVINE, CALIFORNIA 92612
TELEPHONE: (714) 241-4444
www.callahan-law.com

c. **Confirmation of receipt**: Ms. Hedley confirmed receipt of the email referenced in paragraph 2(b) above. A true and correct copy of Ms. Hedley's confirmation is attached hereto as **Exhibit B**.

### PRE-FILING NOTICE EFFORTS

3.    On May 1, 2026, prior to filing the Ex Parte Application, I attempted to reach Defendant's counsel, Deborah A. Hedley of Fisher & Phillips LLP, by telephone at 9:37 am PT at the following number: (818) 230-4262. I was unable to connect.

4.    On May 1, 2026, at 9:50 am PT, I sent an email to Ms. Hedley at dahedley@fisherphillips.com providing notice pursuant to Local Rule 7-19.1 that Plaintiff intended to file a complaint and ex parte TRO application in the Central District of California, Southern Division. The email described the substance of the relief sought, including an order enjoining Defendant from using the "Mosaic Value Partners" name in connection with financial services, and an order to show cause why a preliminary injunction should not issue. The email requested that Ms. Hedley confirm whether Defendant opposes the application, whether her firm would accept service by email, and whether Defendant would voluntarily cease use of the name pending the Court's ruling. A true and correct copy of this email is attached hereto as **Exhibit C**.

5.    On May 1, 2026, Plaintiff filed the Complaint [ECF No. 1], the Ex Parte Application [ECF No. 14], the Memorandum of Points and Authorities in Support [ECF No. 14-1], declarations and exhibits, and the proposed TRO and Order to Show Cause.

6.    On May 1, 2026 at 5:27 pm ET, I emailed courtesy copies of all filed papers to Ms. Hedley at dahedley@fisherphillips.com. A true and correct copy of this email is attached hereto as **Exhibit D**.

CALLAHAN & BLAINE, PC
19900 MACARTHUR BLVD., SUITE 1200
IRVINE, CALIFORNIA 92612
TELEPHONE: (714) 241-4444
www.callahan-law.com

- 3 -

DECLARATION OF BRIANA FALCON IN SUPPORT OF PROOF OF SERVICE

## POST-FILING COMMUNICATIONS WITH
## OPPOSING COUNSEL AND SERVICE

7. On May 3, 2026 at 1:22 pm ET, Ms. Hedley emailed Jason Casero, counsel of record for Plaintiff, requesting one business day to formalize representation and accept service on behalf of Mosaic Value Partners, LLC. A true and correct copy of this email is attached hereto as **Exhibit E**.

8. On May 4 at 5:49 am ET, I responded by email agreeing to hold service until close of business Monday, May 5, 2026, to allow Ms. Hedley to confirm representation and designate counsel to accept service. I advised that we would notify the Court of the status of service. A true and correct copy of this email is attached hereto as **Exhibit F.**

9. Prior to hearing from Ms. Hedley, Plaintiff had initiated service of the Complaint and Summons on Defendant's agent for service of process. Upon learning that Ms. Hedley's firm would be entering an appearance and accepting service, Plaintiff discontinued that effort in favor of service through counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: May 4, 2026

By: _____
Brianna R. Falcon

<div style="writing-mode: vertical">CALLAHAN & BLAINE, PC
19900 MACARTHUR BLVD., SUITE 1200
IRVINE, CALIFORNIA 92612
TELEPHONE: (714) 241-4444
www.callahan-law.com</div>

- 4 -

DECLARATION OF BRIANA FALCON IN SUPPORT OF PROOF OF SERVICE

# EXHIBIT A

**Caulfield, Thomas J.**

| | |
|---|---|
| **From:** | Falcon, Briana R. |
| **Sent:** | Monday, May 4, 2026 2:38 PM |
| **To:** | Hedley, Deborah |
| **Cc:** | Taylor, Scott E.; Caulfield, Thomas J.; Carter, Avery E.; Javier Van Oordt; Jason Casero |
| **Subject:** | FW: Activity in Case 8:26-cv-01050-JWH-KES Focus Financial Partners LLC v. Mosaic Value Partners LLC Text Only Scheduling Notice |

Ms. Hedley,

Please find below the Scheduling Order entered today by Judge Holcomb. Because your firm has not yet entered an appearance in this matter, you would not have received the CM/ECF notification.

Thank you,
Briana

Briana R Falcon
**OF COUNSEL**

**d** 202.677.4052 | **m** 832.515.2154

**ARNALL GOLDEN GREGORY LLP**

**From:** cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>
**Sent:** Monday, May 4, 2026 10:43 AM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 8:26-cv-01050-JWH-KES Focus Financial Partners LLC v. Mosaic Value Partners LLC Text Only Scheduling Notice

**CAUTION:** This email originated from outside of the organization. Please do not click on links or open attachments from senders you do not trust.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

1

**Notice of Electronic Filing**

The following transaction was entered on 5/4/2026 at 10:42 AM PDT and filed on 5/4/2026
**Case Name:**        Focus Financial Partners LLC v. Mosaic Value Partners LLC
**Case Number:**      8:26-cv-01050-JWH-KES
**Filer:**
**Document Number:** 19(No document attached)

**Docket Text:**
**SCHEDULING NOTICE AND ORDER by Judge John W. Holcomb: The Court has received and reviewed Plaintiff's Ex Parte Application for a Temporary Restraining Order (the "Application") [ECF No. 14]. In view of the Application, the Court hereby ORDERS as follows: (1) a hearing on the Application is SET for May 8, 2026, at 10:00 a.m.; (2) counsel for parties are DIRECTED to appear in person in Courtroom 9D, on the 9th Floor of the Ronald Reagan Federal Building and United States Courthouse at 411 W. Fourth Street Santa Ana, California, at that date and time; (3) Defendant is DIRECTED to file its written response to the Application no later than May 6, 2026; (4) Plaintiff is DIRECTED to file any reply in support of its Application no later than 4:00 p.m. on May 7, 2026; and (5) Plaintiff is DIRECTED (a) forthwith to give notice by telephone, email, overnight delivery, and any other means likely to provide notice, to Defendant, and to its counsel, of the Application and of the date and time of the hearing on the Application and of the deadline for Defendant's response to the Application; and (b) to file its detailed Proof of Service of such notice no later than 5:00 p.m. on May 4, 2026. IT IS SO ORDERED.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (cla) TEXT ONLY ENTRY**

**8:26-cv-01050-JWH-KES Notice has been electronically mailed to:**

Jason Casero    jcasero@callahan-law.com, mmartinez@callahan-law.com

Javier H Van Oordt    jvanoordt@callahan-law.com, jkirwin@callahan-law.com

**8:26-cv-01050-JWH-KES Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

# EXHIBIT B

## Caulfield, Thomas J.

| | |
|---|---|
| **From:** | Hedley, Deborah <dahedley@fisherphillips.com> |
| **Sent:** | Monday, May 4, 2026 2:54 PM |
| **To:** | Falcon, Briana R. |
| **Cc:** | Taylor, Scott E.; Caulfield, Thomas J.; Carter, Avery E.; Javier Van Oordt; Jason Casero |
| **Subject:** | [EXTERNAL] RE: Activity in Case 8:26-cv-01050-JWH-KES Focus Financial Partners LLC v. Mosaic Value Partners LLC Text Only Scheduling Notice |

 External email >

Received. I expect to be able to let you know about the complaint this afternoon.

 **Deborah Hedley**
**Of Counsel**

**Fisher Phillips**
21600 Oxnard Street Suite 700
Woodland Hills, CA 91367

dahedley@fisherphillips.com
O: (818) 230-4262

fisherphillips.com

*This message may contain confidential and privileged information.*
*If it has been sent to you in error, please reply to advise the sender of the error, then*
*immediately delete this message.*

---

**From:** Falcon, Briana R. <Briana.Falcon@AGG.com>
**Sent:** Monday, May 4, 2026 11:38 AM
**To:** Hedley, Deborah <dahedley@fisherphillips.com>
**Cc:** Taylor, Scott E. <scott.taylor@agg.com>; Caulfield, Thomas J. <Thomas.Caulfield@AGG.com>; Carter, Avery E. <Avery.Carter@AGG.com>; Javier Van Oordt <jvo@callahan-law.com>; Jason Casero <jcasero@callahan-law.com>
**Subject:** FW: Activity in Case 8:26-cv-01050-JWH-KES Focus Financial Partners LLC v. Mosaic Value Partners LLC Text Only Scheduling Notice

Ms. Hedley,

Please find below the Scheduling Order entered today by Judge Holcomb. Because your firm has not yet entered an appearance in this matter, you would not have received the CM/ECF notification.

Thank you,
Briana

Briana R Falcon
**OF COUNSEL**

**d** 202.677.4052 | **m** 832.515.2154

**ARNALL GOLDEN GREGORY LLP**

1

**From:** cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>
**Sent:** Monday, May 4, 2026 10:43 AM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 8:26-cv-01050-JWH-KES Focus Financial Partners LLC v. Mosaic Value Partners LLC Text Only Scheduling Notice

**CAUTION:** This email originated from outside of the organization. Please do not click on links or open attachments from senders you do not trust.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 5/4/2026 at 10:42 AM PDT and filed on 5/4/2026
**Case Name:**        Focus Financial Partners LLC v. Mosaic Value Partners LLC
**Case Number:**      8:26-cv-01050-JWH-KES
**Filer:**
**Document Number:** 19(No document attached)

**Docket Text:**
**SCHEDULING NOTICE AND ORDER by Judge John W. Holcomb: The Court has received and reviewed Plaintiff's Ex Parte Application for a Temporary Restraining Order (the "Application") [ECF No. 14]. In view of the Application, the Court hereby ORDERS as follows: (1) a hearing on the Application is SET for May 8, 2026, at 10:00 a.m.; (2) counsel for parties are DIRECTED to appear in person in Courtroom 9D, on the 9th Floor of the Ronald Reagan Federal Building and United States Courthouse at 411 W. Fourth Street Santa Ana, California, at that date and time; (3) Defendant is DIRECTED to file its written response to the Application no later than May 6, 2026; (4) Plaintiff is DIRECTED to file any reply in support of its Application no later than 4:00 p.m. on May 7, 2026; and (5) Plaintiff is DIRECTED (a) forthwith to give notice by telephone, email, overnight delivery, and any other means likely to provide notice, to Defendant, and to its counsel, of the Application and of the date and time of the hearing on the Application and of the deadline for Defendant's response to the Application; and (b) to file its detailed Proof of Service of such notice no later than 5:00 p.m. on May 4, 2026. IT IS SO ORDERED.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (cla) TEXT ONLY ENTRY**

**8:26-cv-01050-JWH-KES Notice has been electronically mailed to:**

Jason Casero     jcasero@callahan-law.com, mmartinez@callahan-law.com

Javier H Van Oordt     jvanoordt@callahan-law.com, jkirwin@callahan-law.com

**8:26-cv-01050-JWH-KES Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

3

**EXHIBIT C**

**Caulfield, Thomas J.**

| | |
|---|---|
| **From:** | Falcon, Briana R. |
| **Sent:** | Friday, May 1, 2026 12:50 PM |
| **To:** | dahedley@fisherphillips.com |
| **Cc:** | Caulfield, Thomas J. |
| **Subject:** | RE: Focus Financial Partners, LLC |

Ms. Hedley,

I attempted to reach you by telephone at (818) 230-4262 at 9:37 am PT today but was unable to connect. This email serves as notice pursuant to Local Rule 7-19.1.

We are filing today in the Central District of California, Southern Division, a Complaint and an application for a temporary restraining order against your client, Mosaic Value Partners, LLC. The application seeks an order enjoining your client from using the "Mosaic Value Partners" name in connection with financial services, including on its website, social media, and in its entity name. We are also seeking an order to show cause why a preliminary injunction should not issue on the same terms.

We will email courtesy copies of all filed papers to you at this email address promptly after filing.

At your earliest convenience, please confirm:
  i.   Whether your client opposes this application;
  ii.  Whether you will accept service of the Complaint and TRO papers by email on behalf of Mosaic Value Partners; and
  iii. Whether your client agree to voluntarily cease use of the "Mosaic Value Partners" name pending the court's ruling.

I am available by phone at (202) 677-4052 or by email.

Thank you,
Briana

Briana R Falcon
**OF COUNSEL**

**d** 202.677.4052 **|** **m** 832.515.2154

**ARNALL GOLDEN GREGORY LLP**

---

**From:** Hedley, Deborah <dahedley@fisherphillips.com>
**Sent:** Wednesday, April 29, 2026 5:07 PM
**To:** Falcon, Briana R. <Briana.Falcon@AGG.com>
**Cc:** Caulfield, Thomas J. <Thomas.Caulfield@AGG.com>
**Subject:** [EXTERNAL] Re: Focus Financial Partners, LLC

Ms. Falcon:

Our firm was just retained by John Buckingham, Jason Clark, Christopher Quigley, and Mosaic Value Partners, LLC. We will be responding to your April 28 letters shortly. To the extent Focus takes any legal action, we request appropriate notice and the opportunity to be heard.

Best,

Deborah



**Deborah Hedley**
**Of Counsel**

**Fisher Phillips**
21600 Oxnard Street Suite 700
Woodland Hills, CA 91367

dahedley@fisherphillips.com
O: (818) 230-4262

fisherphillips.com

*This message may contain confidential and privileged information.*
*If it has been sent to you in error, please reply to advise the sender of the error, then*
*immediately delete this message.*

2

# EXHIBIT D

**Caulfield, Thomas J.**

| | |
|---|---|
| **From:** | Falcon, Briana R. |
| **Sent:** | Friday, May 1, 2026 8:27 PM |
| **To:** | Hedley, Deborah; apreciado@fisherphillips.com |
| **Cc:** | Taylor, Scott E.; Caulfield, Thomas J.; Carter, Avery E.; Javier Van Oordt; Jason Casero |
| **Subject:** | 8:26-cv-01050-JWH-KES Focus Financial Partners LLC v. Mosaic Value Partners LLC |
| **Attachments:** | 26-cv-01050-JWH-KES Focus Financial Partners LLC v. Mosaic Value Partners LLC.zip |

Counsel,

Please find attached courtesy copies of today's filings in the above-referenced action.

Thank you,
Briana

## Briana R Falcon
**OF COUNSEL**

**d** 202.677.4052 **| m** 832.515.2154

**ARNALL GOLDEN GREGORY LLP**

---

**From:** Falcon, Briana R.
**Sent:** Friday, May 1, 2026 12:50 PM
**To:** dahedley@fisherphillips.com
**Cc:** Caulfield, Thomas J. <Thomas.Caulfield@AGG.com>
**Subject:** RE: Focus Financial Partners, LLC

Ms. Hedley,

I attempted to reach you by telephone at (818) 230-4262 at 9:37 am PT today but was unable to connect. This email serves as notice pursuant to Local Rule 7-19.1.

We are filing today in the Central District of California, Southern Division, a Complaint and an application for a temporary restraining order against your client, Mosaic Value Partners, LLC. The application seeks an order enjoining your client from using the "Mosaic Value Partners" name in connection with financial services, including on its website, social media, and in its entity name. We are also seeking an order to show cause why a preliminary injunction should not issue on the same terms.

We will email courtesy copies of all filed papers to you at this email address promptly after filing.

At your earliest convenience, please confirm:
   i.    Whether your client opposes this application;
   ii.   Whether you will accept service of the Complaint and TRO papers by email on behalf of Mosaic Value Partners; and

iii.    Whether your client agree to voluntarily cease use of the "Mosaic Value Partners" name pending the court's ruling.

I am available by phone at (202) 677-4052 or by email.

Thank you,
Briana

## Briana R Falcon
**OF COUNSEL**

**d** 202.677.4052 **|** **m** 832.515.2154

**ARNALL GOLDEN GREGORY LLP**

---

**From:** Hedley, Deborah <dahedley@fisherphillips.com>
**Sent:** Wednesday, April 29, 2026 5:07 PM
**To:** Falcon, Briana R. <Briana.Falcon@AGG.com>
**Cc:** Caulfield, Thomas J. <Thomas.Caulfield@AGG.com>
**Subject:** [EXTERNAL] Re: Focus Financial Partners, LLC

Ms. Falcon:
Our firm was just retained by John Buckingham, Jason Clark, Christopher Quigley, and Mosaic Value Partners, LLC. We will be responding to your April 28 letters shortly. To the extent Focus takes any legal action, we request appropriate notice and the opportunity to be heard.
Best,
Deborah

 **Deborah Hedley**
**Of Counsel**

**Fisher Phillips**
21600 Oxnard Street Suite 700
Woodland Hills, CA 91367

dahedley@fisherphillips.com
O: (818) 230-4262
fisherphillips.com

*This message may contain confidential and privileged information.*
*If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

2

**EXHIBIT E**

## Caulfield, Thomas J.

| | |
|---|---|
| **From:** | Jason Casero <jcasero@callahan-law.com> |
| **Sent:** | Sunday, May 3, 2026 9:28 PM |
| **To:** | Hedley, Deborah |
| **Cc:** | Javier Van Oordt; Falcon, Briana R.; Taylor, Scott E.; Caulfield, Thomas J.; Carter, Avery E.; Maria Martinez |
| **Subject:** | [EXTERNAL] RE: 8:26-cv-01050-JWH-KES: Notice to Counsel |

 External email 

Deborah,

Copying Briana and her office here.  We will confer internally, and get back to you.

Jason

---

**From:** Hedley, Deborah <dahedley@fisherphillips.com>
**Sent:** Sunday, May 3, 2026 1:22 PM
**To:** Jason Casero <jcasero@callahan-law.com>
**Subject:** FW: 8:26-cv-01050-JWH-KES: Notice to Counsel

> **CAUTION:** This email originated from outside of the organization. Please do not click on links or open attachments from senders you do not trust.

Jason – If you'd give us one business day to iron out representation on this matter, I'd expect we will be able to appear in this case and accept service in short order.

 **Deborah Hedley**
**Of Counsel**

**Fisher Phillips**
21600 Oxnard Street Suite 700
Woodland Hills, CA 91367

dahedley@fisherphillips.com
O: (818) 230-4262
fisherphillips.com

*This message may contain confidential and privileged information.*
*If it has been sent to you in error, please reply to advise the sender of the error, then*
*immediately delete this message.*

---

**From:** Jason Casero <jcasero@callahan-law.com>
**Sent:** Saturday, May 2, 2026 7:00 PM
**To:** JWH_Chambers@cacd.uscourts.gov
**Cc:** Javier Van Oordt <jvo@callahan-law.com>; Falcon, Briana R. <briana.falcon@agg.com>; Taylor, Scott E. <scott.taylor@agg.com>; Caulfield, Thomas J. <Thomas.Caulfield@AGG.com>; Carter, Avery E. <Avery.Carter@AGG.com>; Hedley, Deborah <dahedley@fisherphillips.com>; Maria Martinez <mmartinez@callahan-

law.com>

**Subject:** 8:26-cv-01050-JWH-KES: Notice to Counsel

Sir or Madam,

My office is counsel of record for Focus Financial Partners, LLC, and sponsoring local counsel for Briana Falcon and her colleagues in relation to their pending pro hac vice applications.  Ms. Falcon forwarded to me an email sent earlier this afternoon from Deborah Hedley to Chambers.  Our office was not copied on that communication.

I write only to note that as recently as April 29, 2026, Ms. Hedley represented that she and her firm represented Mosaic Value Partners, LLC in relation to the matters at issue in the pending TRO.  This is reflected in the attached correspondence from Ms. Hedley.  We therefore transmitted a courtesy copy of the complaint and the TRO package to Ms. Hedley, which is why she is "aware that an *ex parte* application has been filed."

Formal service attempts on the designated agent for service of process nevertheless began this morning and will likely be completed by sometime Monday morning.  Accordingly, we remain eager and willing to appear for any hearing date set by the Court.


Thank You,
Jason

Jason Casero

Attorney at Law

CALLAHAN & BLAINE

19900 MacArthur Blvd., Suite 1200

Irvine, CA 92612

Phone  714-241-4444

Mobile  212-564-4193


**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.


**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

# EXHIBIT F

**Caulfield, Thomas J.**

---

| | |
|---|---|
| **From:** | Falcon, Briana R. |
| **Sent:** | Monday, May 4, 2026 8:49 AM |
| **To:** | Jason Casero; Hedley, Deborah |
| **Cc:** | Javier Van Oordt; Taylor, Scott E.; Caulfield, Thomas J.; Carter, Avery E.; Maria Martinez |
| **Subject:** | RE: 8:26-cv-01050-JWH-KES: Notice to Counsel |

Ms. Hedley,

That's fine. We will hold service until close of business Monday to allow you to confirm representation and designate counsel to accept service on behalf of Mosaic Value Partners. Please confirm by 5:00 PM PT Monday that your firm will accept service and provide the name and email address of the attorney who will serve as counsel of record.

We reserve all rights under the TRO application, which remains pending before the Court.

Best,
Briana

### Briana R Falcon
**OF COUNSEL**

**d** 202.677.4052 **| m** 832.515.2154

**ARNALL GOLDEN GREGORY LLP**

---

**From:** Jason Casero <jcasero@callahan-law.com>
**Sent:** Sunday, May 3, 2026 9:28 PM
**To:** Hedley, Deborah <dahedley@fisherphillips.com>
**Cc:** Javier Van Oordt <jvo@callahan-law.com>; Falcon, Briana R. <Briana.Falcon@AGG.com>; Taylor, Scott E. <scott.taylor@agg.com>; Caulfield, Thomas J. <Thomas.Caulfield@AGG.com>; Carter, Avery E. <Avery.Carter@AGG.com>; Maria Martinez <mmartinez@callahan-law.com>
**Subject:** [EXTERNAL] RE: 8:26-cv-01050-JWH-KES: Notice to Counsel

Deborah,

Copying Briana and her office here.  We will confer internally, and get back to you.

Jason

---

**From:** Hedley, Deborah <dahedley@fisherphillips.com>
**Sent:** Sunday, May 3, 2026 1:22 PM
**To:** Jason Casero <jcasero@callahan-law.com>
**Subject:** FW: 8:26-cv-01050-JWH-KES: Notice to Counsel

1

> **CAUTION:** This email originated from outside of the organization. Please do not click on links or open attachments from senders you do not trust.

Jason – If you'd give us one business day to iron out representation on this matter, I'd expect we will be able to appear in this case and accept service in short order.



**Deborah Hedley**
**Of Counsel**

**Fisher Phillips**
21600 Oxnard Street Suite 700
Woodland Hills, CA 91367

dahedley@fisherphillips.com
O: (818) 230-4262

fisherphillips.com

*This message may contain confidential and privileged information.*
*If it has been sent to you in error, please reply to advise the sender of the error, then*
*immediately delete this message.*

---

**From:** Jason Casero <jcasero@callahan-law.com>
**Sent:** Saturday, May 2, 2026 7:00 PM
**To:** JWH_Chambers@cacd.uscourts.gov
**Cc:** Javier Van Oordt <jvo@callahan-law.com>; Falcon, Briana R. <briana.falcon@agg.com>; Taylor, Scott E. <scott.taylor@agg.com>; Caulfield, Thomas J. <Thomas.Caulfield@AGG.com>; Carter, Avery E. <Avery.Carter@AGG.com>; Hedley, Deborah <dahedley@fisherphillips.com>; Maria Martinez <mmartinez@callahan-law.com>
**Subject:** 8:26-cv-01050-JWH-KES: Notice to Counsel

Sir or Madam,

My office is counsel of record for Focus Financial Partners, LLC, and sponsoring local counsel for Briana Falcon and her colleagues in relation to their pending pro hac vice applications.  Ms. Falcon forwarded to me an email sent earlier this afternoon from Deborah Hedley to Chambers.  Our office was not copied on that communication.

I write only to note that as recently as April 29, 2026, Ms. Hedley represented that she and her firm represented Mosaic Value Partners, LLC in relation to the matters at issue in the pending TRO.  This is reflected in the attached correspondence from Ms. Hedley.  We therefore transmitted a courtesy copy of the complaint and the TRO package to Ms. Hedley, which is why she is "aware that an *ex parte* application has been filed."

Formal service attempts on the designated agent for service of process nevertheless began this morning and will likely be completed by sometime Monday morning.  Accordingly, we remain eager and willing to appear for any hearing date set by the Court.

Thank You,
Jason

Jason Casero
Attorney at Law
CALLAHAN & BLAINE
19900 MacArthur Blvd., Suite 1200
Irvine, CA 92612

2

Phone  714-241-4444
Mobile  212-564-4193

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.