Nicole Golob (SBN 190444)
E-Mail: ngolob@fisherphillips.com
Deborah A. Hedley (SBN 276826)
E-Mail: dahedley@fisherphillips.com
FISHER & PHILLIPS LLP
21600 Oxnard Street, Suite 700
Woodland Hills, California 91367
Telephone: (818) 230-4250
Facsimile: (818) 230-4251

Attorneys for Defendants
MOSAIC VALUE PARTNERS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOCUS FINANCIAL PARTNERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MOSAIC VALUE PARTNERS, LLC,<br><br>Defendant. | CASE NO.: TBD<br><br>**DECLARATION OF DEBORAH A. HEDLEY IN SUPPORT OF MOSAIC VALUE PARTNERS' OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER**<br><br>*[Filed concurrently with Opposition brief, Request for Judicial Notice, and Declarations of Christopher Quigley, John Buckingham, and Jason Clark in support thereof]*<br><br>Date:      May 8, 2026<br>Time:      10:00 a.m.<br>Ctrm:      9D, 9th Floor<br><br>Complaint Filed:      May 1, 2026<br>Trial Date:      None set |

1

DECLARATION OF DEBORAH A. HEDLEY

## DECLARATION OF DEBORAH A. HEDLEY

I, Deborah A. Hedley, hereby declare and state as follows:

1.     I am an attorney duly admitted and licensed to practice law in the State of California and before this court. I am of counsel with Fisher & Phillips LLP, counsel of record for Mosaic Value Partners, LLC ("MVP").  Based on my personal knowledge, I assert the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

2.     On May 1, 2026 at 9:22 p.m., Plaintiff's Counsel emailed my office a copy of Plaintiff's *Ex Parte* Application for a Temporary Restraining Order.

3.     At the time of this email, MVP had not retained my office or any other counsel in this case.

4.     The following day, on May 2, 2026, I informed the Court that MVP was in the process of retaining my firm as counsel for this case and would oppose the *ex parte* application when it was received by Defendant, at which point the 24-hour clock would start to run.

5.     On May 3, 2026, I asked Plaintiff's Counsel to provide Defendant one business day to sort out representation, to which Plaintiff's counsel agreed.

6.     I was authorized to and did accept service on Monday, May 4, 2026.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on May 6, 2026, at Los Angeles, California.


*/s/ Deborah A. Hedley*
Deborah A. Hedley

2
DECLARATION OF DEBORAH A. HEDLEY

FP 63699330.1