Nicole Golob (SBN 190444)
E-Mail: ngolob@fisherphillips.com
Deborah A. Hedley (SBN 276826)
E-Mail: dahedley@fisherphillips.com
FISHER & PHILLIPS LLP
21600 Oxnard Street, Suite 700
Woodland Hills, California 91367
Telephone: (818) 230-4250
Facsimile: (818) 230-4251

Attorneys for Defendant
MOSAIC VALUE PARTNERS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOCUS FINANCIAL PARTNERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MOSAIC VALUE PARTNERS, LLC,<br><br>Defendant. | CASE NO.: 8:26-cv-01050 JWH (KESx)<br><br>**DECLARATION OF JOHN BUCKINGHAM IN SUPPORT OF MOSAIC VALUE PARTNERS' OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER**<br><br>*[Filed concurrently with Opposition brief, Request for Judicial Notice, and Declarations of Deborah Hedley, Christopher Quigley, and Jason Clark in support thereof]*<br><br>Date:      May 8, 2026<br>Time:      10:00 a.m.<br>Ctrm:      9D, 9th Floor<br><br>Complaint Filed:      May 1, 2026<br>Trial Date:      None set |

1
DECLARATION OF JOHN BUCKINGHAM

FP 63700326.1

## DECLARATION OF JOHN BUCKINGHAM

I, John Buckingham, hereby declare and state as follows:

1.     I have personal knowledge of the facts set forth herein, and if called upon to testify thereto, I could and would competently do so under oath.

2.     I am one of three founders, along with Jason Clark and Christopher Quigley, of Mosaic Value Partners, LLC ("MVP"), a Registered Investment Advisor ("RIA") based in Aliso Viejo, California.

3.     I was briefly employed by Focus Financial Partners, LLC ("FFP"), an aggregator of RIA firms, when it acquired my then employer Kovitz. Kovitz, under FFP's umbrella, was rebranded as Focus Partners Wealth, LLC from January 1, 2026 onwards.

4.     In April 2026, I left Focus Financial Partners, LLC to help form MVP with Jason Clark and Christopher Quigley. At the time of selecting a name for our Company, I was unaware that Focus Financial Partners, LLC acquired or owned any brand with the name "Mosaic" in its title.

5.     Indeed, I was not aware of the existence of the existence of Mosaic Family Wealth Partners, LLC, or either of the marks purportedly registered by Focus Financial Partners, LLC, "Mosaic Family Wealth" and "Mosaic Family Office," until receiving correspondence from Focus Financial Partners, LLC's counsel on April 28, 2026.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on May 6, 2026, at Aliso Viejo, California.

_John Buckingham_
John Buckingham (May 6, 2026 11:05:46 PDT)
_____

John Buckingham

FP 63700326.1