Nicole Golob (SBN 190444)
E-Mail: ngolob@fisherphillips.com
Deborah A. Hedley (SBN 276826)
E-Mail: dahedley@fisherphillips.com
FISHER & PHILLIPS LLP
21600 Oxnard Street, Suite 700
Woodland Hills, California 91367
Telephone: (818) 230-4250
Facsimile: (818) 230-4251

Attorneys for Defendant
MOSAIC VALUE PARTNERS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOCUS FINANCIAL PARTNERS, LLC, | CASE NO.: 8:26-cv-01050 JWH (KESx) |
| Plaintiff, | **DECLARATION OF JASON CLARK IN SUPPORT OF MOSAIC VALUE PARTNERS' OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER** |
| v. | |
| MOSAIC VALUE PARTNERS, LLC, | |
| Defendant. | |

*[Filed concurrently with Opposition brief, Request for Judicial Notice, and Declarations of Deborah Hedley, Christopher Quigley, and John Buckingham in support thereof]*

Date:       May 8, 2026
Time:       10:00 a.m.
Ctrm:       9D, 9th Floor

Complaint Filed:       May 1, 2026
Trial Date:       None set

1

DECLARATION OF JASON CLARK

FP 63701633.1

## DECLARATION OF JASON CLARK

I, Jason Clark, hereby declare and state as follows:

1.    I have personal knowledge of the facts set forth herein, and if called upon to testify thereto, I could and would competently do so under oath.

2.    I am one of three founders, along with John Buckingham and Christopher Quiqley, of Mosaic Value Partners, LLC ("MVP"), a Registered Investment Advisor ("RIA") based in Aliso Viejo, California.

3.    Until receiving a demand from Focus Financial Partners, LLC ("FFP") lawyer in late April, I was not aware that FFP owned any brand with the name "Mosaic" in its title. Until receiving that letter, I did not know of the existence of Mosaic Family Wealth Partners, LLC, or either of the marks purportedly registered by Focus Financial Partners, LLC, "Mosaic Family Wealth" and "Mosaic Family Office" and had no intent to reference those brands when launching MVP.

4.    On May 2, 2026, I searched for and discovered several other RIAs who have names that start with "Mosaic" and provide services similar to those described in Focus Financial Partners, LLC's correspondence, including, but not limited to, the following websites:

- https://mosaicfinancial.nm.com/services.htm
- https://www.mosaicwealthsolutions.com/our-financial-planning-services
- https://www.mosaicws.com/

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on May 6, 2026, at Aliso Viejo, California.

Jason Clark (May 6, 2026 10:54:06 PDT)

Jason Clark

2
DECLARATION OF JASON CLARK

FP 63701633.1