Nicole Golob (SBN 190444)
E-Mail: ngolob@fisherphillips.com E-Mail:
Deborah A. Hedley (SBN 276826)
dahedley@fisherphillips.com
FISHER & PHILLIPS LLP
21600 Oxnard Street, Suite 700
Woodland Hills, California 91367
Telephone: (818) 230-4250
Facsimile: (818) 230-4251

Attorneys for Defendants
JOHN BUCKINGHAM, JASON CLARK,
CHRISTOPHER QUIGLEY and MOSAIC
VALUE PARTNERS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOCUS FINANCIAL PARTNERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BUCKINGHAM, JASON CLARK, CHRISTOPHER QUIGLEY and MOSAIC VALUE PARTNERS, LLC,<br><br>Defendant. | CASE NO.: 8:26-cv-01050 JWH (KESx)<br><br>**DECLARATION OF CHRISTOPHER QUIGLEY IN SUPPORT OF MOSAIC VALUE PARTNERS' OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER**<br><br>*[Filed concurrently with Opposition brief, Request for Judicial Notice, and Declarations of Deborah Hedley, Jason Clark, and John Buckingham in support thereof]*<br><br>Date:     May 8, 2026<br>Time:     10:00 a.m.<br>Ctrm:     9D, 9th Floor<br><br>Complaint Filed:     May 1, 2026<br>Trial Date:     None set |

DECLARATION OF CHRISTOPHER QUIGLEY

## <u>DECLARATION OF CHRISTOPHER QUIGLEY</u>

I, Christopher Quigley, hereby declare and state as follows:

1.     I have personal knowledge of the facts set forth herein, and if called upon to testify thereto, I could and would competently do so under oath.

2.     I am one of three founders, along with John Buckingham and Jason Clark, of Mosaic Value Partners, LLC ("MVP"), a Registered Investment Advisor ("RIA") based in Aliso Viejo, California.

3.     What distinguishes MVP from other RIAs is that it operates primarily as an investment firm with defined strategies, offering wealth management services as a complementary value-add to clients, rather than functioning as a traditional wealth manager. Historically, the vast majority of the clients we have serviced have been with us for investment management not wealth management.  Additionally, many of those clients have followed us as advisors because of their personal relationships and long-held trust in us, irrespective of our employer.

4.     The choice of the term "Mosaic" in MVP's name was a very deliberate one. It is a reference to mosaic theory, a financial theory that, rather than relying on any single data point, uses public filings, management commentary, industry trends, alternative data, Bloomberg data, competitor behavior and other pieces of information to identify patterns, raise red flags, and ultimately build a case to make some sort of investing or trading decision. As new data points arrive, the "mosaic" is continuously updated and refined.

5.     The mosaic theory is foundational not just to how MVP currently operates, but to its historical beginnings.

6.     While Buckingham, Clark, and I formed MVP in April of 2026, its history, and its investor-first strategy applying mosaic theory, can be traced back all the way to 1977, when Al Frank ("Frank") began publishing *The Pinchpenny Speculator*, a stock-picking newsletter that was subsequently renamed *The Prudent Speculator*.

7.     A decade later, Buckingham and Frank built Al Frank Asset Management, which catered to investors who appreciated the philosophies that Frank laid out in *The*

*Prudent Spectator* but who, for any number of reasons, did not want to manage their own accounts.

8.    In approximately 2010, Al Frank Asset Management was renamed AFAM Capital.

9.    Kovitz Investment Group, LLC ("KIG") acquired AFAM Capital in 2018.

10.    In approximately 2020, KIG rebranded to Kovitz.

11.    Clark joined Al Frank Asset Management in February of 2007. Quigley joined Al Frank Asset Management as an intern for the summers of 2009 and 2010, and as a full-time employee in August of 2011.

12.    In or about May of 2025, Buckingham, Clark, and I learned that, effective January 1, 2026, Kovitz was being acquired by Focus Financial Partners, LLC ("FFP"), an aggregator of RIA firms.  Effective that date, Kovitz would be known as Focus Partners Wealth, LLC, which would be a client-facing wealth management entity operating within FFP.

13.    Beyond the change in ownership and name, we also learned on December 5, 2025 that *The Prudent Spectator*, which had served as a primary form of lead generation and client retention, as well as a platform for our voice and research, would be shut down.

14.    These areamong many other changes that we believed would not be beneficial to our clients, led us to form MVP and, in the morning of April 24, 2026, we resigned from Focus Partners Wealth, LLC.

15.    After resigning from Focus Partners Wealth and then commencing the operation of MVP, I have come to learn that among the countless other RIAs owned by FFP, there is one that includes the term "mosaic" in its name— Mosaic Family Wealth Partners, LLC.

16.    I was not aware of the existence of the existence of Mosaic Family Wealth Partners, LLC, or either of the marks purportedly registered by Focus Financial Partners, LLC, "Mosaic Family Wealth" and "Mosaic Family Office," until receiving correspondence from FFP's counsel on April 28, 2026.  Indeed, the network of RIAs owned

by FFP is constructed to keep firms separate, and does not encourage collaboration or cross-selling amongst the individual RIAs.

17.   After MVP was named as a defendant in this lawsuit, I searched the Investment Adviser Public Disclosure website that is maintained by the SEC and identified numerous other firms that use the term "Mosaic," including:

> Mosaic Advisors;
> Mosaic FI LLC;
> Mosaic ATS, LLC;
> Mosaic ETA LLC;
> Investors Mosaic;
> Mosaic Capital Inc.;
> Mosaic Capital Partners LLC;
> Mosaic Wealth Management, L.L.C.;
> Mosaic Wealth Strategies, LLC;
> Mosaic Wealth Management, LLC;
> Mosaic Wealth Consultants, Inc.;
> The Mosaic Financial Group, LLC; and
> Mosaic General Partners, LLC.

18.   In searching the Investment Adviser Public Disclosure website, I further learned that Mosaic Wealth Management LLC's SEC approval just became effective in March 2026, only one month before MVP was formed.

19.    I have also found that there are also numerous other firms *not* registered with the SEC that use the term Mosaic, like Mosaic Retirement Planning (https://www.mosaicretirementplanning.com/), located in Colorado and Mosaic Investment Consulting Group, located in California (https://advisors.ubs.com/mosaic/).

20.   Buckingham, Clark, and I have been operating as MVP for less than two weeks. In that time, MVP's has not engaged in any paid marketing efforts.  All we have done is issue a single press release, announce our new venture on LinkedIn, and launch a functioning website. MVP has not spent any money on advertisements, social media promotions, or marketing efforts.

DECLARATION OF CHRISTOPHER QUIQLEY

21.    MVP's logo, used on its website and in email signature blocks, is:



This logo was created and implemented before I had seen the logo Mosaic Wealth Management, LLC, or even been aware of the existence of Mosaic Wealth Management, LLC.

22.    I believe, based on a review of the website, https://mosaicwealth.com/, which I did not see for the first time until resigning from Focus Partners Wealth, LLC that the logo for Mosaic Family Wealth is:



23.    To date, not a single client or prospective client, or any other person, that has communicated with MVP has indicated that they were aware of Mosaic Family Wealth Partners, LLC, Mosaic Family Wealth, Mosaic Family Office, or any other entity containing the term "Mosaic," much less that they had confused MVP with any such entity.

24.    If MVP is forced to change its name after operating for just a few weeks, I am afraid this would mislead our clients, who had worked with Buckingham, Clark, and myself for, in some cases, decades, into believing that MVP was disorganized and unfit to manage their investments.  We are afraid that Plaintiff's tactics here, if successful, would harm our professional reputation and our new company.

///

///

///

5
DECLARATION OF CHRISTOPHER QUIGLEY

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 6, 2026, at Aliso Viejo, California.

*Christopher Quigley*
Christopher Quigley (May 6, 2026 11:24:35 PDT)

Christopher Quigley

DECLARATION OF CHRISTOPHER QUIQLEY