Nicole Golob (SBN 190444)
E-Mail: ngolob@fisherphillips.com
Deborah A. Hedley (SBN 276826)
E-Mail: dahedley@fisherphillips.com
FISHER & PHILLIPS LLP
21600 Oxnard Street, Suite 700
Woodland Hills, California 91367
Telephone: (818) 230-4250
Facsimile: (818) 230-4251

Attorneys for Defendant
MOSAIC VALUE PARTNERS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOCUS FINANCIAL PARTNERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MOSAIC VALUE PARTNERS, LLC, <br><br> Defendant. | CASE NO.: 8:26-cv-01050 JWH (KESx) <br><br> **REQUEST FOR JUDICAL NOTICE IN SUPPORT OF MOSAIC VALUE PARTNERS' OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER** <br><br> *[Filed concurrently with Opposition brief, and Declarations of Deborah Hedley, Jason Clark, Christopher Quigley, and John Buckingham in support thereof]* <br><br> Date: May 8, 2026 <br> Time: 10:00 a.m. <br> Ctrm: 9D, 9th Floor <br><br> Complaint Filed: May 1, 2026 <br> Trial Date: None set |

1

REQUEST FOR JUDICAL NOTICE IN SUPPORT OF MOSAIC VALUE PARTNERS' OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER

**TO THE COURT, PLAINTIFF, AND ITS ATTORNEYS OF RECORD:**

Defendant Mosaic Value Partners, LLC respectfully requests that the Court take judicial notice of the official records attached hereto as Exhibits A and B. Courts may take judicial notice of relevant court records under Federal Rule of Evidence 201. *Arizona Libertarian Party v. Reagan*, 798 F.3d 723, 727 n. 3 (9th Cir. 2015) (quoting *Daniels-Hall v. National Educ.* Ass'n 629 F.3d 992, 998-999 (9th Cir. 2010)) ("We may take judicial notice of 'official information posted on a governmental website, the accuracy of which [is] undisputed.'") To that end, this Court has specifically held that "SEC filings are a matter of public record and, thus, are properly the subject of judicial notice." *Farhar v. Ontrak, Inc.*, 714 F.Supp.3d 1198, 1207 (C.D. Cal. 2024) (citing *Metzler Inv. GMBH v. Corinthian Colleges, Inc.*, 540 F.3d 1049, 1064 n. 7 (9th Cir. 2008) (finding district court properly took notice of SEC filings)).

Accordingly, Defendant requests that the Court take judicial notice of the following documents in support of its Opposition to Plaintiff's *Ex Parte* Application for Temporary Restraining Order Motion:

1. Exhibit A, which is a true and correct copy of the search results for all firms that include the name "Mosaic" registered with the U.S. Securities and Exchange Commission on its Investment Adviser Public Disclosure website that is accessible to public at the following web address: https://adviserinfo.sec.gov/

///

///

///

///

///

///

///

///

REQUEST FOR JUDICAL NOTICE IN SUPPORT OF MOSAIC VALUE PARTNERS' OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER

2. Exhibit B, which is a true and correct copy of the Investment Adviser Firm Summary registered with U.S. Securities and Exchange Commission on its Investment Adviser Public Disclosure website for Mosaic Wealth Management, LLC, effective March 9, 2026.

Dated:  May 6, 2026                    FISHER & PHILLIPS LLP


By: */s/ Deborah A. Hedley*
Deborah A. Hedley
Attorneys for Defendant
MOSAIC VALUE PARTNERS, LLC

REQUEST FOR JUDICAL NOTICE IN SUPPORT OF MOSAIC VALUE PARTNERS' OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER

# Exhibit A

We found **41** results

▦ Tile View



**MV ADVISERS LLP**  (MOSAIC…)

CRD#: 172706/SEC#: 802-80395

IA   Investment Adviser Firm   LONDON,

📄  Disclosures ⓘ   No

MORE DETAILS ›

---

**MOSAIC ADVISORS**  (MOSAIC…)

CRD#: 164913/SEC#: 801-99369

IA   Investment Adviser Firm   3773 RICHMOND AVENUE SUITE 700, HOUSTON, TX 77046  +1

📄  Disclosures ⓘ   No

MORE DETAILS ›

---

**MOSAIC LLC**  (MOSAIC LLC…)

CRD#: 287998

IA   Previous Investment Adviser Firm   Currently Not Registered

📄  Disclosures ⓘ   No

MORE DETAILS ›

---

**MOSAIC FI LLC**  (MOSAIC FI LLC…)

CRD#: 169670/SEC#: 801-135876

IA   Investment Adviser Firm   475 HALF DAY RD SUITE 100, LINCOLNSHIRE, IL 60069  +1

📄  Disclosures ⓘ   No

MORE DETAILS ›

---

**MOSAIC WEALTH**  (MOSAIC WEALTH…)

CRD#: 317377/SEC#: 801-122745

IA   Investment Adviser Firm   1401 S. BRENTWOOD BLVD. SUITE 630, ST. LOUIS, MO 63144  +4

📄  Disclosures ⓘ   No



**MOSAIC ATS, LLC**  (**MOSAIC** ATS, LLC)

CRD#: 335824/SEC#: 8-71355

B  Brokerage Firm    875 WASHINGTON STREET 4TH FLOOR, NEW YORK, NY 10014   +1

MORE DETAILS ›

For Disclosures ⓘ (if any) and Years of Experience visit BrokerCheck

MORE DETAILS ›

**MOSAIC ETA LLC**  (**MOSAIC** ETA LLC)

CRD#: 331499

IA  Investment Adviser Firm    NEW YORK, NY

Disclosures ⓘ    No

MORE DETAILS ›

**INVESTORS MOSAIC**  (INVESTORS **MOSAIC**...)

CRD#: 168619/SEC#: 801-130393

IA  Investment Adviser Firm    DURHAM, NC   +1

Disclosures ⓘ    No

MORE DETAILS ›

**MOSAIC CAPITAL, LLC**  (**MOSAIC** CAPITAL, LLC...)

CRD#: 171587/SEC#: 8-69469

B  Previous Brokerage Firm    Currently Not Registered

For Disclosures ⓘ (if any) and Years of Experience visit BrokerCheck

MORE DETAILS ›

**MOSAIC CAPITAL INC.**  (**MOSAIC** CAPITAL INC.)

CRD#: 336051/SEC#: 801-134652

IA  Investment Adviser Firm    C/O WALKERS, 190 ELGIN AVE, GEORGE TOWN, GRAND CAYMAN, KY19001

Disclosures ⓘ    No

MORE DETAILS ›

**MOSAIC RESEARCH, INC.**  (**MOSAIC** RESEARCH, INC.)



**CRD#: 130169**

IA   Previous Investment Adviser Firm    Currently Not Registered

📄 Disclosures ⓘ    Yes

MORE DETAILS ›

**MOSAIC ADVISORY GROUP** (**MOSAIC** ADVISORY GROUP...)

**CRD#: 123960**

IA   Previous Investment Adviser Firm    Currently Not Registered

📄 Disclosures ⓘ    No

MORE DETAILS ›

« ‹ 1 of 4 pages › »

**B** Broker

A brokerage firm, also called a broker-dealer, is in the business of buying and selling securities – stocks, bonds, mutual funds, and certain other investment products – on behalf of its customer (as broker), for its own bank (dealer), or both. Individuals who work for broker-dealers - the sales personnel are commonly referred to as brokers.

**IA** Investment Adviser

An investment adviser is paid for providing advice about securities to clients. In addition, some investment advisers manage investment portfolios and offer financial planning services.

📄 Disclosures

Disclosures can be customer complaints or arbitrations, regulatory actions, employment terminations, bankruptcy filings and certain civil or criminal proceedings that they were a part of.

We found **41** results



▦ Tile View

### MOSAICO MANAGEMENT, LLC  (MOSAICO MANAGEMENT, LLC)

CRD#: 269898/SEC#: 802-106921

(IA)  Previous Investment Adviser Firm    Currently Not Registered

📄  Disclosures ⓘ    No

MORE DETAILS ›

### MOSAIC FAMILY WEALTH, LLC  (**MOSAIC** FAMILY WEALTH, LLC...)

CRD#: 170923/SEC#: 801-79586

(IA)  Previous Investment Adviser Firm    Currently Not Registered

📄  Disclosures ⓘ    No

MORE DETAILS ›

### MOSAIC TAX STRATEGIES LLC  (**MOSAIC** TAX STRATEGIES LLC...)

CRD#: 146614

(IA)  Previous Investment Adviser Firm    Currently Not Registered

📄  Disclosures ⓘ    No

MORE DETAILS ›

### MOSAIC CAPITAL PARTNERS LLC  (**MOSAIC** CAPITAL PARTNERS LLC)

CRD#: 334830/SEC#: 802-135004

(IA)  Investment Adviser Firm    101 S. TRYON STREET, SUITE 2555, CHARLOTTE, NC 28280

📄  Disclosures ⓘ    No

MORE DETAILS ›

### MOSAIC PLANNERS AND ADVISORS  (**MOSAIC** INVESTMENT ADVISORS LLC...)

CRD#: 312426

(IA)  Previous Investment Adviser Firm    Currently Not Registered

📄  Disclosures ⓘ    No



MORE DETAILS ›

**MOSAIC WEALTH MANAGEMENT, L.L.C.**

(**MOSAIC** WEALTH MANAGEMENT, L.L.C.)

CRD#: 142793/SEC#: 801-123417

IA   Investment Adviser Firm   ATLANTA, GA

Disclosures ⓘ   No

MORE DETAILS ›

**MOSAIC WEALTH STRATEGIES LLC**

(**MOSAIC** WEALTH STRATEGIES LLC)

CRD#: 291032

IA   Investment Adviser Firm   GREENVILLE, SC

Disclosures ⓘ   No

MORE DETAILS ›

**MOSAIC WEALTH MANAGEMENT LLC**

(**MOSAIC** WEALTH MANAGEMENT LLC...)

CRD#: 340681/SEC#: 801-135517

IA   Investment Adviser Firm   463 SOUTH PARK RIDGE ROAD #102, BLOOMINGTON, IN 47401

Disclosures ⓘ   No

MORE DETAILS ›

**MOSAIC FINANCIAL PARTNERS, INC.**

(**MOSAIC** FINANCIAL PARTNERS, INC....)

CRD#: 105180/SEC#: 801-33740

IA   Previous Investment Adviser Firm   Currently Not Registered

Disclosures ⓘ   No

MORE DETAILS ›

**MOSAIC FINANCIAL ADVISORS, LLC**

(**MOSAIC** FINANCIAL ADVISORS, LLC)

CRD#: 143206

IA   Previous Investment Adviser Firm   Currently Not Registered

Disclosures ⓘ   No

MORE DETAILS ›



**MOSAIC CAPITAL SECURITIES, LLC**

(**MOSAIC** CAPITAL SECURITIES, LLC)

CRD#: 106637/SEC#: 8-53008

For Disclosures ⓘ (if any) and Years of Experience visit BrokerCheck

B   Previous Brokerage Firm

❗ **EXPELLED/REVOKED BY FINRA OR THE SEC**

MORE DETAILS ›

Currently Not Registered

**MOSAIC WEALTH CONSULTANTS, INC.**

(**MOSAIC** WEALTH CONSULTANTS, INC.)

CRD#: 323422

IA   Investment Adviser Firm   731 RAY BLUFF RD, MILLINGTON, TN 38053

Disclosures ⓘ          No

MORE DETAILS ›

«   ‹   2 of 4 pages   ›   »

 Broker

A brokerage firm, also called a broker-dealer, is in the business of buying and selling securities – stocks, bonds, mutual funds, and certain other investment products – on behalf of its customer (as broker), for its own bank (dealer), or both. Individuals who work for broker-dealers - the sales personnel are commonly referred to as brokers.

 Investment Adviser

An investment adviser is paid for providing advice about securities to clients. In addition, some investment advisers manage investment portfolios and offer financial planning services.

 Disclosures

Disclosures can be customer complaints or arbitrations, regulatory actions, employment terminations, bankruptcy filings and certain civil or criminal proceedings that they were a part of.

We found **41** results

⊞ Tile View



**THE MOSAIC FINANCIAL GROUP, LLC**
(THE **MOSAIC** FINANCIAL GROUP, LLC)

CRD#: 109816/SEC#: 801-58120

(IA) Investment Adviser Firm    225 W. RANDOLPH STREET SUITE 2425, CHICAGO, IL 60606  (+5)

📄  Disclosures ⓘ    No

MORE DETAILS ›

**MOSAIC INVESTMENT PARTNERS, INC.**
(**MOSAIC** INVESTMENT PARTNERS, INC.)

CRD#: 168803/SEC#: 802-78830

(IA) Previous Investment Adviser Firm   Currently Not Registered

📄  Disclosures ⓘ    No

MORE DETAILS ›

**MOSAIC GENERAL PARTNERSHIP, LLC**
(**MOSAIC** GENERAL PARTNERSHIP, LLC...)

CRD#: 317910/SEC#: 802-123250

(IA) Investment Adviser Firm   OAKLAND, CA

📄  Disclosures ⓘ    No

MORE DETAILS ›

**MOSAIC PACIFIC INVESTMENT ADVISORS**
(**MOSAIC** PACIFIC...)

CRD#: 169423/SEC#: 801-117256

(IA) Previous Investment Adviser Firm   Currently Not Registered

📄  Disclosures ⓘ    No

MORE DETAILS ›

**MADISON INVESTMENT ADVISORS, LLC**  (**MOSAIC** FUNDS...)

CRD#: 110297/SEC#: 801-52751

(IA) Investment Adviser Firm   550 SCIENCE DRIVE, MADISON, WI 53711  (+6)

📄  Disclosures ⓘ    No



**MORE DETAILS ›**

**MREC MANAGEMENT, LLC**    (**MOSAIC** REAL ESTATE INVESTORS, LLC...)

CRD#: 277076/SEC#: 801-106735

IA  Previous Investment Adviser Firm    Currently Not Registered

Disclosures ℹ    Yes

**MORE DETAILS ›**

**BUTCHERJOSEPH & CO. LLC**    (**MOSAIC** CAPITAL PARTNERS LLC (RELYING ADVISER)...)

CRD#: 174177/SEC#: 802-99341

IA  Investment Adviser Firm    101 S. HANLEY ROAD, SUITE 1450, CLAYTON, MO 63105

Disclosures ℹ    No

**MORE DETAILS ›**

**ALC INVESTMENT ADVISORY SERVICES, LLC**    (**MOSAIC** STRATEGIC PARTNERS LLC...)

CRD#: 140418

IA  Investment Adviser Firm    DAYTON, OH    +2

Disclosures ℹ    No

**MORE DETAILS ›**

**MFD DISTRIBUTOR, LLC**    (**MOSAIC** FUNDS DISTRIBUTOR, LLC...)

CRD#: 44930/SEC#: 8-50894

B  Brokerage Firm    550 SCIENCE DRIVE, MADISON, WI 53711    +1

For Disclosures ℹ (if any) and Years of Experience visit BrokerCheck

**MORE DETAILS ›**

**FRONT STREET WEALTH MANAGEMENT**    (**MOSAIC** INVESTMENT MANAGEMENT, LLC...)

CRD#: 125219/SEC#: 801-64544

IA  Investment Adviser Firm    310 W. FRONT STREET SUITE 403, TRAVERSE CITY, MI 49684

Disclosures ℹ    No

**MORE DETAILS ›**



**ZURICH AWES FINANCIAL MANAGEMENT, LLC**    (**MOSAIC** CAPITAL MANAGEMENT, INC....)

CRD#: 121033/SEC#: 801-71590

IA    Investment Adviser Firm    CHRISTIANSTED, VI

Disclosures ⓘ    No

**MORE DETAILS ›**

**TITLEIST CAPITAL, LLC**  (**MOSAIC** FINANCIAL ADVISERS, LLC...)

CRD#: 126136/SEC#: 801-80959,8-65859

IA    Previous Investment Adviser Firm
B    Brokerage Firm

777 E. SONTERRA BOULEVARD SUITE 330,
SAN ANTONIO, TX 78258    +8

Disclosures ⓘ    No

**MORE DETAILS ›**

« ‹ **3 of 4 pages** › »

**B** Broker

A brokerage firm, also called a broker-dealer, is in the business of buying and selling securities – stocks, bonds, mutual funds, and certain other investment products – on behalf of its customer (as broker), for its own bank (dealer), or both. Individuals who work for broker-dealers - the sales personnel are commonly referred to as brokers.

**IA** Investment Adviser

An investment adviser is paid for providing advice about securities to clients. In addition, some investment advisers manage investment portfolios and offer financial planning services.

**📄 Disclosures**

Disclosures can be customer complaints or arbitrations, regulatory actions, employment terminations, bankruptcy filings and certain civil or criminal proceedings that they were a part of.

We found **41** results



⊞ Tile View

**TITLEIST ASSET MANAGEMENT, LLC**
(**MOSAIC** FINANCIAL ADVISERS, LLC…)

CRD#: 323567/SEC#: 801-126953

IA  Investment Adviser Firm

777 E. SONTERRA BLVD., SUITE 330, SAN ANTONIO, TX 78258  (+34)

📄  Disclosures ⓘ  No

MORE DETAILS ›

**CONTINUUM ADVISORY, LLC**  (**MOSAIC** FINANCIAL GROUP…)

CRD#: 283155/SEC#: 801-107439

IA  Investment Adviser Firm

873 E. STATE STREET, EAGLE, ID 83616  (+38)

📄  Disclosures ⓘ  No

MORE DETAILS ›

**INTEGRATED ADVISORS NETWORK LLC**
(**MOSAIC** FINANCIAL SERVICES…)

CRD#: 171991/SEC#: 801-96203

IA  Investment Adviser Firm

4514 COLE AVE SUITE 600, DALLAS, TX 75205  (+98)

📄  Disclosures ⓘ  Yes

MORE DETAILS ›

**SAGEPOINT FINANCIAL, INC.**  (**MOSAIC** WEALTH SOLUTIONS…)

CRD#: 133763/SEC#: 801-64721,8-66771

IA  Previous Investment Adviser Firm
B  Brokerage Firm

18700 HAYDEN ROAD SUITE 255, SCOTTSDALE, AZ 85255

📄  Disclosures ⓘ  Yes

MORE DETAILS ›

**STRATOS WEALTH PARTNERS, LTD**
(**MOSAIC** WEALTH PARTNERS…)

CRD#: 153184/SEC#: 801-71457

IA  Investment Adviser Firm

3750 PARK EAST DR STE 200, BEACHWOOD, OH 44122  (+630)

📄  Disclosures ⓘ  No

MORE DETAILS ›

« ‹ 4 of 4 pages › »

 Broker

A brokerage firm, also called a broker-dealer, is in the business of buying and selling securities – stocks, bonds, mutual funds, and certain other investment products – on behalf of its customer (as broker), for its own bank (dealer), or both. Individuals who work for broker-dealers - the sales personnel are commonly referred to as brokers.

 Investment Adviser

An investment adviser is paid for providing advice about securities to clients. In addition, some investment advisers manage investment portfolios and offer financial planning services.

 Disclosures

Disclosures can be customer complaints or arbitrations, regulatory actions, employment terminations, bankruptcy filings and certain civil or criminal proceedings that they were a part of.

# Exhibit B

# Investment Adviser Public Disclosure



| 👤 **INDIVIDUAL** | 🏢 **FIRM** |
|---|---|

**Firm Name or CRD/SEC# (optional)**

Mosaic Wealth Management LLC   **in**   **City, State or ZIP (optional)**   **SEARCH**

ℹ️ When communicating online or investing with any professional, make sure you know who you're dealing with. Imposters might link to sites like BrokerCheck from phishing or similar scam websites, or through social media , trying to steal your personal information or your money. Please contact FINRA with any concerns.

< Back to Results

## Investment Adviser Firm Summary

### MOSAIC WEALTH MANAGEMENT LLC ( CRD # 340681/SEC#:801-135517 )
MOSAIC WEALTH MANAGEMENT LLC, MOSAIC WEALTH MANAGEMENT, LLC

**VIEW LATEST FORM ADV FILED**   **PART 2 BROCHURES**   **PART 3 RELATIONSHIP SUMMARY**

The adviser's **REGISTRATION** status is listed below.

### REGISTRATION STATUS

| SEC / JURISDICTION | REGISTRATION STATUS ❓ | EFFECTIVE DATE |
|---|---|---|
| SEC | 120-Day Approval | 3/9/2026 |

### NOTICE FILINGS

Investment adviser firms registered with the SEC may be required to provide to state securities authorities a copy of their Form ADV and any accompanying amendments filed with the SEC. These filings are called "notice filings". Below are the states with which the firm you selected makes its notice filings. Also listed is the date the firm first became notice filed or registered in each state.

| JURISDICTION | EFFECTIVE DATE |
|---|---|
| Florida | 3/16/2026 |
| Indiana | 3/16/2026 |
| Kentucky | 3/16/2026 |
| Michigan | 3/16/2026 |
| New Hampshire | 3/16/2026 |
| Texas | 3/16/2026 |

### EXEMPT REPORTING ADVISERS

Exempt Reporting Advisers ("ERA") are investment advisers that are not required to register as investment advisers because they rely on certain exemptions from registration under sections 203(l) and 203(m) of the Investment Advisers Act of 1940 and related rules. Certain state securities regulatory authorities have similar exemptions based on state statutes or regulations. An ERA is required to file a report using Form ADV, but does not complete all items contained in Form ADV that a registered adviser must complete. Other state securities regulatory authorities require an ERA to register as an investment adviser and file a complete Form ADV. Below are the regulators with which an ERA report is filed.

Not Currently an Exempt Reporting Adviser

🅱 Broker