JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

FOCUS FINANCIAL PARTNERS, LLC,

Plaintiff,

v.

MOSAIC VALUE PARTNERS, LLC,

Defendant.

Case No. 8:26-cv-01050-JWH-KESx

**JUDGMENT**

Pursuant to the Scheduling Notice and Order [ECF No. 37] entered on or about May 26, 2026, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.

2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 15, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE